**Subject:** Chat with Daniel Nelson
**From:** Daniel Nelson <daniel.nelson.girl.kisser09@gmail.com>
**Date:** 1/16/2013 5:02 PM
**To:** atomizer511@gmail.com

**daniel.nelson.girl.kisser09**: hi
**me**: Hello
**daniel.nelson.girl.kisser09**: can i see the pics werent in that album
**me**: Do you have anything to trade?
**daniel.nelson.girl.kisser09**: yes i do i will send it in a email and how many pics do you want
**me**: I only have 5 of her at the moment, so if you wanna send 5...? I also have various cp videos if you wanna trade vids too?
**daniel.nelson.girl.kisser09**: i dont got videos sorry
**me**: Oh, ok
**daniel.nelson.girl.kisser09**: there you go
**daniel.nelson.girl.kisser09**: your turn
**Daniel**: hurry up pleaseeee
**me**: Should be coming your way any minute now...
**Daniel**: okayy
**Daniel**: so how did you make her get her clothes off
**me**: I showed her mine, so she lets me see hers
**Daniel**: is it sent?
**Daniel**: what did you do then?
**me**: It says its sending...my phone can be a little slow, sorry...they r coming I promise
**Daniel**: its fine what did you do then when you two were naked?
**me**: She stroked my cock while I played with her pussy...she likes when I rub her clit
**Daniel**: how old was her when you did this and do you still see her?
**me**: Started when she was 5, still going :)
**Daniel**: how old is she now?
**me**: 7
**Daniel**: you should make a pass album and so i can see the pics
**Daniel**: and does she have a cellphone
**me**: I'm gonna try to get more pics this weekend
**me**: No
**Daniel**: i should watch it
**Daniel**: and you should make a pass album so you dont get banned
**me**: Maybe...don't know if I'll post any more to imgsrc
**me**: We'll see
**Daniel**: how did u start making you have sex with you
**Daniel**: her have sex with her
**me**: Letting her watch porn with me
**Daniel**: okay can you make a pass album now pleaseeeee
**me**: Don't have any more pics yet

**Daniel**: i dont got the 5 pics.. so make a pass album of that
**me**: They are coming. I promise you. Don't have time to make another album right now
**Daniel**: how bout that chubby one did you fuck her?
**me**: Yes I have :) we still play, too
**me**: They were sent
**Daniel**: you should send pics of that on my cell lol
**me**: You should have them
**me**: I have to go for now
**Daniel**: can i have ur number so i can see the pics when u fuck her again
**me**: No. Sorry. Don't give out my number

DISC-00421