**Exhibit B**

Letter for Adam:

I didn't even find out about you until I was in my 8th grade year and when I first found out, I told my grandma that I was seeing that you were taking me in the boys room and undressing me during my nap time. I didn't even know what was going on when you were doing that to me. I hate myself when I just let you rape me and leaving me clueles. I was scared when you were doing that to me and also when I first found out when you did that to me, I started having a lot of nightmares about you saying that you will come for me again. Everytime I started thinking about you, I just wanted to run away and get away from you but I couldn't because you won by scaring me. I used to write down all over my notebook by saying kill  and never told anybody until I told one of my interpreters then I was so happy that my interpreter told my counselor. Before I could tell my grandma, I couldn't do it because I though they didn't know what happen before because they told me that you got in the jail for not wearing seatbelt so then when I told my grandma that I was thinking about you, she was scared that I find out about you. I hate myself for not telling my grandma when I first knew about you. Everytime boys ask me when they want to be my friends, I say no because I couldn't trust them because who knows what they're gonna do to me. Everyday I am always scared of you because who know what gonna happen like you can escape the prison and come find me at my schools or my job or my home where I feel safe but even though I don't tell my teacher or my boss, I just wish that they can know so they can keep me safe because I want my schools,job, and home to be my safe place where there are people that can protect me from you. Everytime I think about you then I start to have a faster heartbeat. I hate you for what you did to me. I will be scared for the rest of my life. You can rot yourself in prison because that is what I want and that will make me feel better. You should know better not to do that to me and my sister. I am not letting you win because we both will lose. The reason why we both will lose is because you will stay in prison for the rest of your life and I will be scared for the rest of my life. I will always hate you. You used me to do what you want. Posting naked picture of my body on the internet was not okay for me because I was deaf when you were doing that to me and I was clueless. Now thanks to you, I will hate you for your life and I will be scarred for my life. You should have died now. You should regret what you did and now you are staying in prison for the rest of your life. I will not be scared in front of you but I may be scarred for the rest of my life. Trust me, you are not winning because I am winning by saying what I have to say. I try so hard not to think about you but I will always think of you. I broke down during my 5th period at schools because we were watching a video about the children getting hurt or raped then when I saw the word Rape, I was shaking so badly and couldn't stop until I asked my teacher to let me step out of the classroom so I can stop thinking about it but I couldn't so I cry while thinking about it. I couldn't tell my interpreter and my teacher of what was happening in there so my interpreter went to my counselor then I told her of what happened so she can help me out anytime. You need to think about what you did to me and if you don't care then rot in prison because you are not coming out at any time. You should hate yourself for what you did. It hurts me when I am thinking about you and it hurts me that I can't go back and scream for help. I will always hate you no matter what but I can get through my problems about you like I am brave, strong, and survival. I will not let you win no matter what. I am having a hard time accepting this but one day, I will accept what you did to me. My family will support me no matter what. Stay out of our life from now on. I will face you like I am not scared of you so don't ever think that I will be scared again by the next time I see you because today is the day that I am facing my fear and I have my people to support me no matter what. If you think raping two girl from a mother that you use to married is fun then you are crazy for doing that because I felt like you use my mother to get close to me and my sister. I am not happy at all for what you did

to me and my sister. I am glad that I wasn't the only one that got raped because if I didn't know that anyone knew why you were in jail then I wouldn't have told my family about my situation because they wouldn't know how I felt. I can get through this with my sister that has experience with that before. I will always hate you forever so I hope you remember that for the rest of your life. I am never gonna be happy when I have to think about you everyday and I am glad that you will be in jail for the rest of your life. I thought you would be a better step-dad to me and my mom but you weren't so I guess I didn't get what I wanted from you. I hope you can think about the reason that you are in jail. Two of my high school teachers are facing charges for the same thing you did. I don't understand why people like you are going around and doing the same things that you did to me. That was not acceptable to me because no one should go through that because that is disgusting and the people that got raped by someone else and feel like they are alone like I used to. Everyday at schools after I had to think about you then I feel scared that you are coming after me. Everytime I tell my family that I feel like you are coming after me and they always say  that you are staying in jail forever but sometimes I don't believe it because I will always feel like you coming after me and finishing what you started. I felt disgusted when I found out that you did that to me and I feel disgust because I thought you were going to be a better dad to all of us when I didn't have one with me when I was little. I hope you are disappointed in what you did because you are not seeing other people like family for a long time. You don't get to blame on us because you got caught, you need to blame yourself because it was your decision. I feel bad for giving myself to you when I was just a baby. I felt like I am being used and especially when you used my mother to get closer to me and my sister. You should felt regret a long time ago and have you ever thought about how we would felt or would you think that raping me and my sister was wrong. If you did then we wouldn't have a problem, you could have just stopped what you were doing then still live your life with us but instead you didn't because you chose to pick the wrong path and now you are living your life in prison. I am so mad with you and you are not getting any forgiving from me. I really wish that you could explain why you did this to me instead of having a good life with my mother that you used to marry before. I wish that you would just get out of my head so I don't have to feel anything from you and guess what, it won't go away because I am the person that you did raped before. People like me shouldn't go through this because it can mess up their life and who knows what is going to happen  next. I was so sad when I found out what you did to me and I was very mad. I will always hate you forever and you don't deserve nobody at all. By the time you get out of  jail, you are gonna be old and won't be able to do anything and you will probably be homeless. I will be happy if you would just stay away from me and my family because you won't be allowed to come near me. I am so mad at you for what you did to me so hope you regret your decision. Goodbye Adam. ROT IN PRISON!