LET ME START WITH I FORGIVE YOU. NOT WHAT YOU DID AND I WILL NEVER FORGET. I REFUSE TO LET THE HATE , ANGER AND HURT DESTROY MY LIFE OR THESE KIDS ANYMORE THAN YOU ALREADY HAVE.. BUT REST ASSURED I WILL NEVER FORGET.

YOU PREYED ON MY STEP DAUGHTER KNOWING SHE HAD 2 YOUNG DAUGHTERS AND A SON. 2 OF WHICH ARE DEAF. YOU KNEW SHE WAS NEW IN RECOVERY AND WAS VULNERABLE. YOU LIED TO HER AS WELL AS ALL OF US ( HER FAMILY ) . YOU KNEW SHE WAS TRYING TO GET HER KIDS BACK FROM THEM BEING REMOVED FROM HER. YOU ALLOWED US TO PAY FOR THE ATTORNEYS ALLOWING YOU TO BE AROUND YOU. YOU LIED TO EVERYONE ABOUT YOUR PAST .THERE WERE SO MANY TIMES YOU COULD HAVE WALKED AWAY, BUT YOU DIDN'T. WE GAVE YOU A HOME, A GOOD JOB AND YOU TOOK COMPLETE ADVANTAGE OF IT.

YOU TOOK AWAY THE INNOCENCE OF TWO LITTLE GIRLS (AGES 7 AND 5) ONE OF WHICH IS DEAF. YOU THREATENED TO HURT THEIR MOM IF THEY TOLD ANYONE. YOU POSTED NAKED IMAGES IN CHAT ROOMS WITH OTHER PEDPHILES AND PERVERTS WHERE THEY COULD SEE THEIR NAKED BODIES. THEY WERE BABIES. I STILL CAN NOT WRAP MY HEAD AROUND HOW ANYONE COULD DO THAT. YOU ARE A PIECE OF SHIT IN MY EYES AND THAT WILL NEVER CHANGE.

WHEN THEY ARRESTED YOU J█████ COLLAPSED. IT HAS BEEN ME THAT HAS HAD TO DEAL WITH THE FALL OUT OF YOU. I WAS THE ONE WHO HAD TO LOOK AT THE EVIDENCE, TAKE THE POLICE TO SERVE THE SEARCH WARRANT, GIVE THEM THE PAJAMAS THE GIRLS WERE WEARING IN THE PHOTOS YOU PUT ON THE INTERNET. AND PICK UP THE BROKEN PIECES OF JENNIFER AT EVERY TURN. . SO YES I'VE FELT HATE AND ANGER TOWARDS YOU.

WHEN THE TRUTH CAME OUT, MY STEP DAUGHTER SPUN OUT OF CONTROL. SHE TURNED TO DRUGS TRYING TO NUMB THE GUILT AND PAIN. THE KIDS WERE FORCED TO SEE THIS AND BE EXPOSED TO IT. TIL WE FINALLY HAD TO STEP IN. WE HAD NO CHOICE BUT TO TAKE THE KIDS. THESE KIDS HAD ALREADY HAD TO BE AWAY FROM THEIR MOTHER ONCE AND BECAUSE OF YOU IT HAPPENED AGAIN. NO CHILD SHOULD HAVE TO BE AWAY FROM THEIR MOTHER.

WHEN YOU WERE ARRESTED , THESE TWO LITTLE GIRLS WERE QUESTIONED, TAKEN TO DR.S AND PUT HROUGH THINGS A CHILD SO YOUNG SHOULD NOT HAVE HAD TO GO THROUGH.. WHEN THEY QUESTIONED THEM K████ SPOKE UP. S████ HAD UNDERSTOOD THE THREATS AND IT TOOL ALMOST A YEAR BEFORE SHE SAID SOMETHING TO A TEACHER. SHE WAS ABLE TO GO THRU COUNSELING , BUT BECAUSE OF K████S AGE AND BEING DEAF SHE COULDN'T. WE HAD ALL HOPED SHE MIGHT NOT REMEMBER IT.

(((WRONG))) AT THE AGE OF 13 THE MEMORIES CAME FLOODING IN. SHE BEGAN CUTTING HERSELF, TALKING ABOUT KILLING HERSELF AND BEING OVERLY

AFFECTIONATE WITH BOYS. NONE OF COULD FIGURE OUT WHY. UNTIL SHE FINALLY TOLD HER INTERRETUR ABOUT THE SUICIDAL THOUGHTS. WHEN I GOT TO THE GUIDANCE OFFICE SHE TOLD ME SHE WAS REMEMBERING WHAT YOU DID AND SHE WOULD SEE IMAGES OF YOU AND SHE WAS ALWAYS SCARED. AT THAT POINT I WAS ABLE TO GET HER INTO COUNSELING. EVEN AFTER COUNSELING S▮▮▮ STILL HAS ISSUES. SHE DOESN'T TRUST MEN. SHE HAS ANXIETY AT TIMES BECAUSE OF THIS.

THERE IS GOING TO COME A DAY I AM GOING TO HAVE TO EXPLAIN TO YOU 10 YEAR OLD SON THE REAL REASON HIS FATHER IS IN PRISON. THE FACT THAT I AM GOING TO HAVE TO TELL HIM HIS FATHER MOLESTED HIS TWO SISTERS. THE TWO SISTERS THAT BASICALLY PROTECTED AN HELPED RAISE HIM CAUSE OF THE LIFE THEIR MOTHER WAS LIVING. THE TWO SISTERS THAT HE LOVES WITH ALL HIS HEART. THE FACT THAT HE IS GOING TO STRIPPED OF WHAT INNOCENCE HE HAS TO KNOW THAT YOU DID THIS, KILLS ME. JUST SO YOU KNOW J▮▮▮ NOW KNOWS. HE GOOGLED IT. HE REFUSES TO DISCUSS IT WITH ANYONE. L▮▮▮ DOES STILL HAVE A RELATIONSHIP WITH HIM AND I AM GRATEFUL FOR THAT. BUT I WONDER WHAT HE IS GOING THRU FINDING OUT WHAT YOU DID. MY HEART GOES OUT TO EACH OF THESE CHILDREN, NOT AT ALL TO YOU.

I THANK GOD EVERY DAY THAT J▮▮▮ IS GETTING BACK TO HERSELF, SHE IS BACK ON THE RIGHT TRACK AND BACK IN HER KIDS LIFE. BECAUSE AT ONE POINT I WAS SCARED IT WAS GOING TO BE TOO MUCH.

SO WHEN I SAY THERE IS NOT A DAY THAT GOES BY THAT I DON'T DEAL WITH THE EFFECTS OF THIS , THERES THE PROOF.

I HOPE YOU NEVER HAVE THE CHANCE TO DO THIS TO ANYONE ELSE OR TO THEIR KIDS OR FAMILY. YOU ARE A PREDATOR IN MY EYES AND ALWAYS WILL BE. I FEAR THAT IF YOU WERE TO GET OUT YOU WOULD FIND SOMEONE ELSE AND DO THIS AGAIN. THERE IS NOT A DOUBT IN MY MIND THAT YOU HAVE CHANGED . OR WILL CHANGE.

BUT I FORGIVE YOU.    NOT FOR YOU.... BUT FOR ME , J▮▮▮ , S▮▮▮ , K▮▮▮ , J▮▮▮, L▮▮▮ AND J▮▮▮.