I will one day forgive you for what you have done but I will never forget you are a very sick man. i remember what you did I don't understand why you did what you did and I don't think I ever will what you did was wrong and I hope you realize it too what you did to me and my little sister we were just kids. We were supposed to be playing with barbies and playing outside not worrying about when we were gonna get touched or forced to do things again You were a father figure to me at one point but now ur somebody I hope never gets to raise a kid or see the outside world, especially not my amazing little brother he doesn't need a man like you in his life You took 2 little girls and made us into ur targets you took advantage of us the things you did have still affected me to this day I don't even trust men anymore I won't get let around men by myself without my heart racing like it's beating out of my chest I really hope that they catch all the bad men out there like you I don't know how raping a 7 year old girl was amusing to you taking away 2 Innocent kids childhoods and making them into a nightmare I didn't even wanna go to sleep at night because who knew when I would get woken up by you doing disgusting things to me. Nobody ever seen you as the harmful man you were but you changed our lives. Sometimes i tend to blame myself for letting you do it to my sister and i wish i could take the pain you caused her away but you did this to us! And i know hate is a strong word but i honestly hate you and hope you rot in prison i hope there's no getting out for you. One day your going to have to tell my little brother what you did to his sisters. The only thing good out of you was you was my little brother he's so amazing. But what you have done has taken a big toll on my life. Sometimes I wonder what our lives would be like if you never did what you did. You took a toll on my whole family. My mom blamed herself for the longest she even fell off the deep end. You are a very sick man and ill never trust another man because of you. So many girls go unspoken about the things men have done to them but im glad k███ said something because now u dont have the chance to do it to nobody else. I still remember all the treats u made to me as a child. Every word as it was yesterday. I hope you rot!

