MOTHERLESS.COM – Go Ahead She Isn't Looking! : boards : Confessions : V829D331

http://motherless.com/V829D331

Popular ▾   Internet Arc...ack Machine   Yahoo!   Apple   Google Maps   YouTube   News (952) ▾   Spokeo – Jef... – Basic Info

Home · Contact · Help · Jobs · About · Premium                           Join · Login

**motherless.com**
go ahead, she isn't looking!

**Exhibit H**

Videos   Images   Groups   Galleries   Members   · Boards ·   Chat   Store   Classifieds   Upload   |   Free Live Sex          🔍 Search...

all   · confessions ·   random   motherless   soapbox   requests   funny   chicks   hookups   guys

submit a post

· sort by date ·   · sort by votes ·   · sort by replies ·   · attachments [0] ·

[-] **anonymous** · Jan 23rd 2013 11:15pm · 0 views · 0 attachments · confessions · ⬆ 0 ⬇

I confess that my little stepdaughter and I have a touchy-feely good time when mommy is at work! Wanna know/see more?
atomizer511@gmail.com

reply · permalink · report · delete · favorite · add to gallery

[-] anonymous · Jan 24th 2013 5:52am · ⬆ 0 ⬇

Sure thing Officer !

reply · permalink · parent · report

back to top · reply



FREE                                                                    HD   EOS!