# Exhibit A

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
## OF THE STATE OF FLORIDA IN AND FOR POLK COUNTY

STATE OF FLORIDA                    DIVISION: F1

VS.                                 CASE NO.:  53-2013-CF-007665-A000-XX
                                               53-2013-CF-002814-A000-XX

ADAM LEE HOLLIS
_____/

### FELONY PLEA FORM

I understand that I have been charged with the following crimes:

| CHARGES | MAXIMUM PENALTY |
|---|---|

CF13-7665

1)    LEWD MOLESTATION (EFF. 9-01-05)           LIFE (25 yr min)/L9

CF13-2814

  1)   FAILURE OF SEX OFFENDER TO REGISTER        F3/L7

I understand that I am subject to sentencing as: (mark all that apply) _____ 10 /20/L _____ PRR
____ HO ____ HVFO ____ 3x ____ VCC ____ Repeat Sex. Batt. __X__ AM Elig. __X__ VFOSC

I understand fully the charge(s) to which I am pleading guilty/no contest as set out below: *794.011(8)*
_____ *stipulated* ~~Familial/Custodial Sex. Battery (F1/L9)~~
CF13-7665: to a lesser ~~included offense of ATTEMPTED LEWD MOLESTATION (F2/L8)~~
_____

CF13-2814: as CHARGED ABOVE.
_____

COUNTS TO BE NOLLE PROSSED:_____

For 1, 2 and 3 below check appropriate line:

**XXXX** 1. (a)  I am pleading guilty.

_____        (b)  I am pleading nolo contendere, and acknowledge that it is in my best interest to do so

_____  2. (a)  I am pleading open to the court and admitting any violation(s) of probation/community
                   control and there is no agreement as to the sentence I will receive.

_____        (b)  I am pleading to the above identified charges and admitting any violation(s)
                   of probation/community control identified above pursuant to a plea agreement
                   and the terms of that agreement are set forth below.

_____        (c)  I admit violation(s) of probation/community control in the above identified cases and
                   the terms of agreement as to disposition are set forth below.

Revised March 15, 2011                    (1)

FSP  20 YRS (CF13-2814: ~~5 YRS/ CF13-7665: 30 YRS CONSEC~~) PROBATION *10 yrs. (CF13-7665-Consi to FSP)*

COMMUNITY CONTROL _____

_____X_____ Defendant is pleading to a QUALIFYING SEXUAL OFFENSE. All additional standard conditions of Probation/Community as set forth in the Tenth Circuit Sentencing Order pursuant to F. S. 948.30, apply.

SPECIAL CONDITION  Pursuant to F.S. 921.244, To Wit: Prohibition on contact, direct or indirect, with victim during any period of incarceration or supervision, unless the victim, after reaching age 18, requests that the prohibition be lifted or modified and after the court conduct an evidentiary hearing and determines that circumstances have changed and that it is in the best interest of the victim to lift or modify the no contact order.

SEXUAL PREDATOR or SEXUAL OFFENDER   (circle)

OTHER  *Δ waives any & all right to appeal.*

3. (a) This plea anticipates that defendant will score fewer than _____200_____ Total Sentence Points. If not, either side my withdraw. (October 1, 1998 Criminal Punishment Code).

All standard conditions of Probation/Community Control set forth in the Tenth Circuit Sentencing Order apply, including the submission of blood or other biological specimens to the Florida Department of Law Enforcement DNA Database per F. S. 943.325.

Defendant agrees to pay all mandatory and discretionary fines and other costs and restitution as a condition of probation/community control or otherwise, as set forth on page four (4) of this agreement.

Any additional conditions of Probation/Community Control are up to the Court.

This plea offer is void if not accepted at or before Pre-Trial Conference.

### STATEMENT OF ASSISTANT STATE ATTORNEY

I, hereby acknowledge that discovery has been provided to the defendant and that I am personally unaware of any physical evidence the DNA testing of which may exonerate the defendant.

*11-5-14* _____     _____

DATE                                       ASSISTANT STATE ATTORNEY

4. I understand that I have a right to plead not guilty and the right to be tried by a jury to determine whether I am guilty or not guilty. I understand what a jury trial is and that I can help select my jurors and have a right to require all jurors to agree on a verdict.

5. I understand that I have the right to be represented by an attorney at the trial and that if I cannot afford one, the Court will appoint an attorney to represent me.

6. I understand that I have the right to compel the attendance of witnesses on my own behalf; the right to confront and cross examine all witnesses testifying against me; and the right to testify, or to remain silent and have the jury instructed that my silence cannot be used against me.

7. I understand that if I plead guilty or nolo contendere, there will be no trial and I waive all the rights that go along with a trial.

8. I understand that if I plead guilty or nolo contendere without reserving the right to appeal, I am waiving my right to appeal all matters relating to the judgment including the issue of my guilt or innocence.

Revised March 15, 2011                              (2)

9. I understand that if I plead guilty or nolo contendere and that if I am not a United States citizen my plea may subject me to deportation.

10. I understand that after entering a plea the judge may ask me questions and if my answers are not true, it could lead to a perjury prosecution.

11. I understand that if the charge to which I am pleading is a drug related offense or other enumerated offense, my driver's license could be suspended or revoked.

12. I understand that if I am pleading to or have ever been convicted of a qualifying sexual offense, or if I have been designated a sexual predator, I will be subject to mandatory electronic monitoring pursuant to Section 948.30(3), Florida Statutes, if conditions therein are met.

13. I understand that if I am pleading to or have ever been convicted of a sexually motivated crime I could be subject to civil commitment as a sexually violent predator pursuant to Chapter 394, Florida Statutes, upon release from any prison sentence now or hereafter imposed in this or any future cases.

14. I understand that if I am sentenced to probation or community control for a qualifying offense committed on or after March 12, 2007, or have previously been convicted of a qualifying offense, or have previously been designated a Habitual Violent Felony Offender, a Three Times Violent Felony Offender, or a Sexual Predator, and then violate my probation or community control, I may be subject to sentencing as a Violent Felony Offender of Special Concern.  FS 948.06

15. I understand that if I plead guilty or nolo contendere to a DUI/BUI offense, certain mandatory sentence requirements may apply, including but not limited to additional costs and fines, drivers license suspension or revocation, DUI school, and the use of an ignition-interlock device, at my expense.

16. I am not under the influence of drugs, or alcoholic beverages or medication to the extent that it impairs my understanding of this plea.

17. I am not suffering from any mental illness which would impair my understanding of this plea.

18. I certify that no one has promised me anything or threatened or coerced me in any way in order to get me to enter this plea, and I am pleading freely and voluntarily.

19. I certify that I have discussed the charges with my attorney including the maximum and minimum penalties and possible defenses and am satisfied with the representation of my attorney.

20. I understand that any representation by my attorney or any one else as to the amount of gain time I may earn on my sentence or as to how much of my sentence I will actually serve is only an estimate and is not a promise or guarantee. I understand that this plea agreement is not contingent upon any such representation and that I will not be able to withdraw from this agreement or otherwise challenge my conviction or sentence if the representation is in fact inaccurate or incorrect.

21. I understand that if I plead guilty or nolo contendere and I was under age of 18 at the time of the offense, I may be eligible for juvenile sentencing sanctions. By entering in this agreement I specifically waive my right be considered for juvenile sanctions and I further waive the statutory findings required by Chapter 39, F.S.

22. I understand that if I fail to timely appear for my Pre-Sentence Investigation interview or Sentencing, or if I commit a new crime supported by probable cause prior to sentencing, my plea will stand but the sentencing agreement is void and I may then receive the maximum sentence authorized by law.

23. I understand that I will be required to pay **RESTITUTION** as part of my sentence or as a condition of probation or community control to each victim who suffered damage or loss pursuant to F.S. 775.089, of and payable to: _____

24. In addition to restitution, I understand that some or all of the costs and fines indicated in paragraphs (1) through (26) below will be assessed against me on each case to which I have plead guilty or no contest, as part of my sentence or as a condition of probation or community control, and I agree to pay them as directed by the Court. I understand that some of the costs or fines indicated below are mandatory and must be imposed by law, and that I may not contest either the assessment or amount of mandatory costs or fines. I further understand that some of the costs or fines are discretionary and may be imposed against me by the Court. I understand that I have a right to a hearing with regard to the assessment or amount of discretionary costs or fines. By this agreement I do expressly agree to the imposition of all discretionary costs or fines imposed upon me by the Court and waive my right to a hearing to contest the assessment or amount of all discretionary costs or fines.

Revised March 15, 2011                              **(3)**

Fines and costs are set forth below (additional cost or fines will apply to DUI/BUI charges):

(1) $ _Standard_ MANDATORY FINE(S): FS 316.193(2)(b) (DUI); FS 327.35 (BUI);
    FS 893.135 (Drug Trafficking); FS 828.12 (Animal Cruelty); FS 775.0835 (Death or Injury); FS 938.06
    (Crime Stoppers);DISCRETIONARY FINE(S) UP TO COURT in amount(s) per count not exceeding
    $15,000 (LF), $10,000 (F1 or F2), $5,000 (F3), $1,000 (M1) and $500 (M2)  FS 775.083

(2) 5% surcharge on FINE(S)  FS 938.04, FS 960.21

(3) $3   FS 938.19  (Teen Court)

(4) $50   FS 938.03  (Crimes Compensation Trust Fund)

(5) $225   FS 938.05  (Criminal Justice Trust Fund) (FELONY), OR
    $60   FS 938.05  (Criminal Justice Trust Fund) (MISDEMEANOR OR CRIMINAL TRAFFIC)

(6) $65   FS 939.185(1)(a)  (Law Library, Teen Court, Legal Aid, Court and Local Funding)

(7) $50 (Felony) or $20 (Misdemeanor) FS 775.083(2)  (Crime Prevention Programs)

X2  (8) $100 (Felony) or $50 (Misd./Traffic) per case payable to SAO FS938.27(8)(SAO Cost)

**FELONY SUB-TOTAL w/o FINE:$493 or MISD. SUB-TOTAL w/o FINE:$298 (MINIMUMS)**

(9) $3   FS 938.01 (Clearing Trust Fund) (if adjudicated guilty)

(10) $2   FS 938.15 (Criminal Justice Education Fund) (Polk County Code §2-203) (if adjudicated guilty)

(11) $15  County Alcohol/Drug Abuse Trust Fund  FS938.13; Polk County Ord.90-05, 98-64

(12) ADDITIONAL SAO COSTS (not already included above)  FS 938.27(8). $_____ in
    CF_____;  $_____ in CF_____;  $_____ in CF_____

(13) $_____   INVESTIGATIVE COSTS payable to _____ FS 939.27 (file affidavit)

(14) $_____   EXTRADITION COSTS payable to PCSO  FS 939.27 (file affidavit)

(15) $151 Child Advocacy Trust Fund  FS 938.10(1)

(16) $151 Rape Crisis Program Trust Fund.  FS938.085 (eff Crimes committed after 7/1/03) for violations of
    FS 784.011, 784.021, 784.03, 784.041, 784.045, 784.48, 784.07, 784.08, 784.081, 784.082, 784.083, 784.085,
    787.01(3), 787.02(3), 787.025, 787.06, 787.07, 794.05, 794.08, 794.011, 796.03, 796.035, 796.04, 796.045,
    796.05, 796.06, 796.07(2) (a)-(d) and (i), 800.03, 800.04, 810.14, 810.145, 812.135, 817.025, 825.102,
    825.1025, 827.071, 836.10, 847.0133, 847.0135(2), 847.0137, 847.0145, 943.0435(4) (c), (7), (8), (9) (a),
    (13), and (14) (c), 985.701(1) and any DV defined in 741.28

(17) $201  Domestic Violence Trust Fund  Surcharge  FS 938.08 applies to same crimes as para. (16)

(18) $250 Wildlife Violation Surcharge  FS 372.7015

(19) If Court determines Defendant is presently able to pay and payment will not prevent restitution or
    rehabilitation, an amount up to the amount of fine(s) Alcohol & Drug Abuse Programs FS 938.21

(20) $100 FDLE Operating Trust Fund  FS 938.25 for non-trafficking drug violations of FS 893.13

(21) $500 FS 796.07(6) Mandatory Civil Penalty  for violation of  FS 796.07(2f)

(22) $15  FS 938.18(13)(a)(Surcharge on Traffic Fines) plus $3 FS 318.18(17) for ch. 316 violations

(23) $100(Felony) or $50(Misd/Traff) for PD or Crt.Appt.Atty Fee if applicable FS938.29(Minimums)

(24) $50 Application Fee for Public Defender or Court Appointed Attorneys, if applicable   FS 27.52

(25) The Court may reserve Jurisdiction to impose a Civil Restitution Lien pursuant to FS960.291,
    *et seq* for damages or losses to victims or to the State of Florida or its local subdivisions

(26) If placed on any form of community supervision, costs of supervision and rehabilitation of $30per month
    payable to the Department of Corrections will be assessed in addition to $30 or $50 for electronic
    monitoring, if ordered, $1 (First Step) if ordered, and $2 (FDOC Training Costs) FS 948.09 and
    FS 948.03 and Admin. Order 2-64.0

## STATEMENT OF DEFENDANT AND ATTORNEY

I, the above named Defendant, acknowledge that I have reviewed this agreement with my attorney and
understand its terms and that I have discussed with my attorney the possibilities of DNA testing. I agree with
all representations  made by my attorney below and I am personally unaware of any physical evidence the
DNA testing of which may exonerate me.

_11/5/14_  _____
DATE                          X_____  DEFENDANT

I, as the attorney for the above Defendant, state that I have reviewed this plea form with my client and to the
best of my knowledge and belief the Defendant fully understands its contents. I further acknowledge that I
have reviewed myself, and with my client, the discovery disclosed by the State, including the items of
physical evidence contained therein, and that I am personally unaware of items of physical evidence the DNA
testing of which may exonerate my client.

_11/5/14_  _____
DATE        Revised March 15, 2011        (4)        ATTORNEY

# Exhibit B



**FLORIDA
DEPARTMENT of
CORRECTIONS**

Governor
**RON DESANTIS**

Secretary
**MARK INCH**

501 South Calhoun Street, Tallahassee, FL 32399-2500

http://www.dc.state.fl.us

March 15th, 2020

To whom it may concern,

My name is Case Pratt and I am a correctional officer with the Florida Department of Corrections. I am also the Re-Entry coordinator for the Walton C.I. This is a letter of reference and recommendation for Adam Hollis.

As the Re-Entry coordinator I am tasked with preparing men for their release. The Walton C.I. Re-Entry program is a faith and character based therapeutic community designed to instill peer accountability among the men. Every man in the program must adhere to a strict set of rules and conduct that stands in stark contrast with the behavior that the majority of inmates exhibit.

I depend on a core group of men to set the standard and facilitate everyday operations within the program. I call these men 'Team Leaders'. We have approximately 144 men participating in the program at any given time and usually fewer than 10% are Team Leaders. The Team Leaders are men who have graduated the program and, more importantly, proven themselves to be men of character, unafraid to lead by example. They assist me in all facets of the program's day to day operations. Some of their duties include; administrative tasks, interviewing potential Re-Entry candidates, developing curriculum, teaching class, and counseling other men in the program. I could not possibly list all the responsibilities these men have. They are basically on duty 24/7. There is no way I could overestimate or overstate their value to the Re-Entry program. They are the foundation we have built a successful program upon. Mr. Hollis is a Team Leader in our Re-Entry program. His dedication to improving his life and this program is impressive. He is a model inmate by every measurable metric.

I am proud of every man that comes into our program, accepts responsibility for his actions, and makes the changes necessary to turn his life around. I am confident we have and continue to help men change their life's path. I am particularly proud of men like Mr. Hollis. Men that work not only on themselves, but who also selflessly give of their time and talents to help others do the same. I believe he is well on the path to rehabilitation and will go on to lead a successful and productive life. I am sure of this because I have already seen proof of his integrity, hard work, and dedication to becoming a better man.

I don't write letters of reference and recommendation like this for many men in or out of prison. However, Mr. Hollis has earned my faith in his future and I hope this letter is able to assist him in securing any opportunity he is seeking. If you have any questions or would like to speak with me please make contact at the number listed below.

Sincerely,

Officer Case Pratt - Re-Entry Coordinator
Walton Correctional Institution
691 Institution Rd
Defuniak Springs, FL 32433
(850) 951-6443

⬧INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ⬧

Exhibit C

# Walton Correctional Institution

**691 Institution Road; Defuniak Springs, Florida 32433**
**Phone: 850-951-1300**

# Re-Entry



**Re-Entry Coordinator:** Officer Case Pratt

**Walton Correctional Institution, Re-Entry**

# <u>Mission Statement</u>

The Re-Entry mission statement is: To provide men with comprehensive programs and services that will assist in a successful reentry into the community, thereby reducing recidivism while enhancing public safety and promoting post-release success.

Walton Correctional Institution, Re-Entry

# __Program Overview__

Re-Entry is a voluntary, therapeutic community at Walton Correctional Institution that allows any man, regardless of his length of sentence, to participate in a change – a change from the old self into a new self. A change which is required while both living within the Department of Corrections and upon re-entering society where there will be neighbors, co-workers, family, and friends.

While in the program, the student must first participate in the Re-Entry curriculum. These classes span an eight month cycle and focus on the fundamentals of faith and character building. The goals of these classes are twofold: First, they strive to help the students become better men through moral development. Second, they seek to provide the skills necessary for successfully reentering society, such as job seeking techniques and tips.

A second cycle of classes, called Leadership, is available to those men who graduate Re-Entry. Afterward, they may be selected, based upon their performance, behavior, attitude and knowledge of the previous curriculum, to attend this next step in their personal development. Like Re-Entry, Leadership spans a period of eight months. These classes are designed to assist an individual in being the most effective leader they can be.

Both curriculums are taught jointly by Officer Pratt, volunteers, and Re-Entry/Leadership graduates. Participation in discussions during class and group activities is encouraged in order to ensure a better understanding and incorporation of the material being taught. Other voluntary classes are also offered during the cycle separately in the dorm, allowing the men multiple opportunities for personal growth and self-fulfillment.

Re-Entry is integrated with several departments within the institution, such as education, vocation, and chapel. This provides the men numerous opportunities to better themselves prior to re-entering society while living with like-minded individuals.

This innovative community has 144 men living in a dormitory which is peer-facilitated. Each man participating in the program follows one of three possible paths: Typically, he will attend either Re-Entry or Leadership full-time. A few, however, may attend the classes part-time while also participating in the institutions educational and vocational programs. Others, who have graduated Re-Entry, at a minimum, can choose to work within the dorm or at an institutional job. A select few that have graduated both Re-Entry and Leadership may be given the option of becoming a Team Leader.

Officer Pratt sets a very high bar for the standards of cleanliness for both the men and the dormitory. As a result, some graduates of Re-Entry are assigned as housemen with permanent cleaning duties within the dorm. They are expected to work diligently to maintain the living areas with the highest standard of cleanliness. This system has created an atmosphere of excellence which has been recognized by the prison's administration. The Re-Entry housemen have applied this excellence into the other dorms on the compound by instructing them in the proper methods and techniques required to maintain their dorms with the same standards of cleanliness. The rest of the men in Re-Entry and Leadership are required to rotate through scheduled monthly cleaning duties as well. Overall, everyone has an obligation to keep the community clean at all times, no matter what their permanent job assignment is.

A variety of jobs are available to those who graduate Re-Entry and choose to work for the institution

**Walton Correctional Institution, Re-Entry**

such as staff/inmate canteen, Visitation Park, institution laundry, and various maintenance crews. Since the men of Re-Entry are known for their character and integrity, they are often sought out for these jobs.

The men who are chosen to be Team Leaders have proven their commitment to the program and understand the importance of serving others. Character development through classes and mentorship help the men of Re-Entry to make better choices in both the present and future, and it is the Team Leader that is largely responsible for facilitating such growth. It often falls to them to handle the day-to-day operations of the program and the classes, as well as, maintaining the calm, structured environment that is required for such growth to occur. Team Leaders accept this role, with all of its associated responsibilities and restrictions, freely. It is a job that requires round-the-clock devotion and often draws upon their limited personal time when they least expect it. Despite this, they fulfill their responsibilities with the utmost professionalism and dedication. They take their jobs, the well being of the men, and the program's mission very seriously. This is what sets them apart from the other men and makes them Team Leaders.

Re-Entry, as a program, is centered upon the tenant that faith is the key to a man's successful re-entry into society from prison. The program encourages its participants to grow in their own faith and beliefs by both providing internal classes and encouraging members to participate in those provided by the institution's chapel. As a means of fostering this policy, the program often seeks to combine its efforts with the chapel by coordinating jointly-attended classes and seminars whenever possible.

Having an education is an important part of being successful. Re-Entry and the Education Department work together in encouraging the men to continue their higher education by enrolling in either the G.E.D. program or any other institutional vocational course. Graduates of Re-Entry may also have an opportunity to work as Inmate Teaching Assistant (ITA) or vocational aides, thus, educating not only Re-Entry men, but all the men of the institution.

Re-Entry, as a program, is wholly funded by the charitable donations of outside non-governmental organizations, such as local churches, as well as those of friends and family of participants of the program. The program receives no funding from the Department of Correction and thus must solely function upon the good will of others.

Walton Correctional Institution, Re-Entry

# Re-Entry

Internal Examination, Honest Self-Evaluation = Self-Betterment

## COURSE CURRICULUM:

## Who Wants to be a Champion?                          – Pat Williams –

Everyone can be a champion. Pat Williams gives an in depth look into the ten building blocks that will help a person become the champion they want to be.

## Point Man                                            – Steve Farrar –

A trustworthy road map through parenthood, the seasons of marriage, personal temptation, and forging a life of faith in the midst of a corrupt culture

## Resolving Everyday Conflict                 – Peacemaker Ministries –

We all have conflict. Anywhere from big blow ups to tense conversations, they are bound to happen. These everyday conflicts build up walls and tear down relationships wherever they occur – at home, at work, or anywhere in between. As much as we hate these conflicts, we often don't know what to do about them.

*Resolving Everyday Conflict* is an eight-week DVD study that unpacks the amazing things the Bible has to say about conflict and relationships. Throughout this study, the students learn the powerful and practical answers they are looking for as they dig into topics such as: defining the conflict, determining legitimate interests, dealing with harmful responses, moving toward forgiveness — and then finding beneficial solutions to confounding situations.

## Unleashing The Power Within                            – Joe Land –

There is only one person in the world that can determine how far any individual will go, the direction they will take, and what they can accomplish in life. It's not their boss, not a teacher, nor a loved one. It's that individual! And that's the remarkable message contained in *Unleashing the Power Within*: To change their future, people must first change themselves. If a person wants to have something they've never had, they must begin by doing something they've never done — and to do that, they must become somebody they've never been. The class, based upon the book *Unleashing the Power Within*, is one that focuses on changing the way a student looks at the world, their life, and their future.

Walton Correctional Institution, Re-Entry

## Stepping Up                                                    – Dennis Rainey –

In this class, based upon the book/DVD series *Stepping* Up, Dennis Rainey tackles head-on the call to living as real men of God by offering a powerful vision for what it means to be a man who truly conquers and wins. In ways both candid and inspiring, he beckons men in any field and any life stage with stirring conviction, practical insight, and moving accounts of bold heroes.

Rainey identifies five stages of a man's journey through life — boyhood, adolescence, manhood, mentor, and patriarch — and examines a man's responsibilities at each step. He calls  all men to action, to duty, to courage.

## Letter To Your 16 Year-Old Self                               – Case Pratt –

Everyone has done things throughout their lives that were rash and stupid. Things that all have wished they had never done. In this exercise, the inmate is given a chance, knowing what they do now, to warn their 16 year-old self about their future mistakes. It is an opportunity to tell themselves what, or what not, to do at the critical points of their lives. This is a chance for a student to study their past, identify their key points of failure, and consider how they should have handled the situations. At its heart, it's an opportunity for a student to perform a deep self-evaluation because realizing their failings is the first step to fixing them.

## "Dear _____" Letter                                      – Case Pratt –

Everyone has wronged someone in their life, but for whatever reason never apologized for doing so. This exercise is a student's chance to really open up and let that other person know he is truly sorry for what was done. While admitting a wrong and asking for forgiveness can be a hard thing, it is the first step in healing old hurts, building empathy, taking responsibility, and healing.

## "Rock Bottom" Letter                                          – Case Pratt –

What was the hardest time that a man has ever been through? Which trial in his life finally made him say: "No more!" If asked, most students would claim that now is that time. This exercise is designed to force students to examine that outlook. They're encouraged to dig deep and attempt to pinpoint that time in their life. A time that was too hard and made them decide that things needed to change. They are pressured to find that point with the hope that they will discover a fundamental truth of the class: They choose their own rock-bottom. It could be now. It could have been years earlier when they first fell into the life that led them there. Sadly, it could be years from now when they've fallen even further. This letter helps them see that it's up to them.

Walton Correctional Institution, Re-Entry

## Critical Thinking:
### Critical Thinking For Dummies - Martin Cohen
### Critical Thinking In Everyday Life - R Paul & L Elder

A person's thinking can be obscured, depending upon the situation. Impulsive decision making happens to everyone. But now, the student can stop it from happening to him. This class seeks to equip students with the mental tools needed in order to step outside of their emotions, which often cloud their thinking at critical moments, analyze the situation and make informed decisions.

## Employment Seeking:
### Finding A Job When You Have A Record - Life Skills Education, Inc
### Resumé Building - Preparing for an interview when you have a record
### Before You Go - Life Skills Education, Inc
### The Everything Job Interview Book - Jay Darlington and Nancy Schuman

Being released from prison can be tough. A returning citizen is often left wondering, "Where will I live? Where will I work?" These are concerns that cycle through his mind over and over again, and they become a constant stress as he nears the end of his sentence. They are, however, something that he does not have to handle alone. With these series of classes the student can learn the when, where, and how of job searching, how to build a resume before applying for a job, and what is to be expected during the interview process.

## Finance & Budgeting:
### Credit & Debt Management - Reefs Program
### Financial Peace Revisited - Dave Ramsey
### Financial Freedom - Florida Council on Economic Education

Students learn the basics of money management, such as how to calculate their hourly wages, how to compile and verify their weekly hours, and the importance as well as techniques of proper budgeting. They also gain an understanding of banks, their components, and the different types of accounts: savings, checking, money market, etc. They are taught the basic principles of investing and also learn the rudiments of retirement preparation through the creation of 401k's and IRA's. The class stresses that while managing finances, while living on a limited income, can be a daunting task; it is not impossible. This course of instruction helps to make budgeting a breeze.

Walton Correctional Institution, Re-Entry

# <u>Leadership</u>

External Outlook, Learning How To Lead Others

## COURSE CURRICULUM:

## The 17 Indisputable Laws of Teamwork /
## The 17 Essential Qualities of a Team Player     – John C. Maxwell –

Building and maintaining a successful team are not simple tasks. Even people who have taken their teams to the highest level in their fields have difficulty recreating what accounted for their successes. Is it a strong work ethic? Is it "chemistry"? What tools can a person wrap their hands around to build or rebuild a team?

In this class; based upon John C. Maxwell's book, *The 17 Indisputable Laws of Teamwork / The 17 Essential Qualities of a Team Player;* students learn about and work to develop teamwork/team-player qualities. Additionally, this class strives to empower students with the how-to's and attitudes needed in order to build a successful team. This is a course that can benefit all whether coach or player, teacher or student, CEO or non-profit volunteer.

## The 21 Irrefutable Laws of Leadership/
## The 21 Indispensable Qualities of a Leader/
## Maxwell Leadership Bible                    – John C. Maxwell –

What would happen if a top expert with more than forty years of leadership experience were willing to distill everything he had learned about leadership into a handful of life-changing principles just for any individual? It could change their life.

In this course, built around John C. Maxwell's books; *The 21 Irrefutable Laws of  Leadership*, *The 21 Indispensable Qualities of a Leader*, *The Maxwell Leadership Bible;* instructors utilize insights, that Mr. Maxwell has combined from his forty-plus years of leadership successes and mistakes along with observations from the worlds of business, politics, sports, religion, and military conflict, to teach students the leadership skills needed in order to chart a proper course for themselves, their friends, and their family as they set forth from prison. His life experiences result in a revealing study of leadership delivered only as a communicator like Maxwell can.

## The Winning Attitude — John C. Maxwell —

Even if a person struggles with an ingrained negative attitude, there's real hope for them! They can change and become a winner. They can develop the attitude of mind which brings peace, courage, and success!

In the course, developed around John C. Maxwell's book – *The Winning Attitude*, instructors seek to share Maxwell's insights from real life experiences and showing students how to recognize and attain a winning attitude to overcome life's difficulties, win people over, and turn problems into opportunities.

## Ethics – Doing The Right Thing — Chuck Colson —

This DVD based course is a comprehensive look at the world of ethics – the difficulty in discerning an ethical decision and potential results caused by those decisions. The scope covers the ethical questions within the health industry, politics, business, and even everyday living.

## The 7 Habits of Highly Effective People — Stephen R. Covey —

In *The 7 Habits of Highly Effective People*, Stephen R. Covey presents a holistic, integrated, principle-centered approach for solving personal and professional problems. This class strives to utilize Covey's penetrating insights and pointed anecdotes, to reveal a step-by-step pathway for living with fairness, integrity, service and human dignity. These principles give people the security to adapt to change and the wisdom and power to take advantage of the opportunities that change creates.

## The 5 Love Languages — Gary Chapman —

This class, based upon Dr. Gary Chapman's international best seller, *The 5 Love Languages*, reveals how different people express love in a multitude of ways and the keys to understanding each other's unique needs. Students learn that what speaks love to one person may be meaningless to others. This course seeks to demonstrate how the student, if he applies the right principles and learns the right language, can know the profound satisfaction and joy of being able to express their love—and feel truly loved in return.

**Walton Correctional Institution, Re-Entry**

# <u>Voluntary Classes</u>

### Personal Fulfillment

The following weekly classes are taught solely for the personal fulfillment of the Re-Entry participants and provide continued personal growth and development.

## The Resolution for Men                    — Stephen and Alex Kendrick —

The Resolution For Men presents a strong resolution of faith, family, and fatherhood that sets men on a course toward long term success - the kind that breaks the chains of their past, earns the loving trust of their wife, wins the hearts of their children, and prepares a legacy beyond what their father could leave for them.

## Celebrate Recovery                                      — John Baker —

Celebrate Recovery is an addiction recovery, twelve-step program. Throughout the steps the student is taught that God is in control of his life leaving him powerless. Relying on Him, the student can identify his faults and ask God to take those faults from him all while making amends with the others you have wronged.

## Every Man's Battle                  — Stephen Arterburn & Fred Stocker —

Lust and sexual temptation is a continuous battle that can be overcome by a reliance on God. In this course, these men are willing to confront those issues and reclaim their lives.

## Discipleship Class                                      — The Bible —

This class is an in-depth look at various scriptures throughout the Bible, with an eye toward learning to interpret what God is trying to say to His people.

## Bible Study                                            — The Bible —

This is a block of study dedicated to broadening the individual's knowledge of the Holy Scriptures leading to a more intimate relationship with the God of the Bible.

## GED Preparation

Education is a powerful tool that everyone should be equipped with. These weekly classes consist of two separate blocks of instruction that cover subjects, such as math and language, at a basic level and gradually advance. These classes are meant to supplement the Institution's educational programs and their overall goal is to ensure that the students are equipped to achieve a passing score upon G.E.D testing.

Walton Correctional Institution, Re-Entry

## College Algebra

Preparing for college can be a big step. This college level algebra course will push students through numbers and formulas in ways they never imagined making college that much simpler in the future.

## CDL Readiness     — Fl Dept. of Highway Safety & Motor Vehicle Handbook —

This course covers everything the student needs to know in order to pass the written examination while obtaining their CDL. Students who choose to take up jobs in the field of transportation (delivering goods either locally, regionally, or nationally or transporting people) upon their release will find that entry into this job market has never been easier. CDL Readiness is the first step in entering that arena of employment.

## Basic Construction

Within the employment field of construction, skilled laborers are in high demand. Basic Construction teaches the student about job-site safety, various hand and power tools, measurements and math, basic blueprint reading, foundations, wall framing, and roof framing. This basic knowledge will allow today's student to step foot on any job site, as a free man, ready to work.

## Advanced Carpentry

Attaining skills as a carpenter can be difficult. It takes years of hard work to build the experience needed to be a Master Craftsman in the field. Advance Carpentry is an attempt to be the first on that path. In this course, students  learn the intricate details of complex carpentry tasks, such as stair building, blueprint reading, constructing floor systems, and wall framing.

## Spanish Class

Everyone can benefit from learning another language. Well, with this easy step-by-step class, any man can grasp Spanish as a second language. Not only is doing so a great avenue for personal growth, it also makes the individual an asset in any working environment, potentially increasing their job opportunities along with impressing both friends and family.

## Phoenix Gavel Club

The Phoenix Gavel Club is an affiliate of Toastmasters®, a nationally recognized organization. This organization is dedicated to training men and women in the art of public speaking and is frequented by those who are seeking to either become leaders  or intend to assume high level working positions in society. This special activity is a participant's chance to build his skills and self-confidence in the arena of public speaking which will also help him when he attends job interviews.

# <u>Success Stories</u>

Too often, men who complete their prison sentences quickly return to a life that will place them behind bars once again. This is a sad circumstance and the main reason for the creation of the Re-Entry program. Recidivism is our enemy and it is that which this program struggles against daily. While many may fall back into their old lives, the following are some examples of how this program has touched the lives of men and helped them to succeed.

*Before coming to this program, I held the same beliefs, thoughts, and destructive behavior patterns that led me to prison. Re-Entry provided me with an atmosphere conducive to positive change, a structured environment, a system of accountability and a powerful curriculum. I have committed myself fully and have experienced tremendous change. I have learned that happiness and positivity are choices that I can make each day, attained through gratitude and service to others. I can honestly say that thanks to the opportunities for growth and reformation afforded me by Re-Entry. I am in the best place mentally, spiritually, and emotionally that I have ever been in my life. Most importantly my relationships with my family have improved drastically thanks to the changes I have made. Not only do we get along better, I now positively affect them by sharing what I have learned here.*

*Jeffery Rushing*

Re-Entry Graduate

*I would like to tell you how the Re-Entry program has changed my life. I came into this program a broken mess. I felt I had ruined my life and thought myself to be worthless. However, when I was accepted into this program, I decided I was going to give it my all. The curriculum that is taught is designed to get you to look past your circumstances and see who you really are and who you can be. What has impacted me the most are 3 particular homework assignments: Describe Your "Rock-Bottom", Letter to Your 16-Year Old Self, and the Dear "_____" letter. The first has you see how far you've fallen so you don't go there again. The second takes you back to before things went wrong so you can see the potential of who you can still be. The last is about taking ownership of your mistakes and failures so you can move past them. Taken as a whole, this program teaches you that your failures are not final and anyone can still make an impact on the world.*

*David McLeod*

Re-Entry Graduate

**Walton Correctional Institution, Re-Entry**

*I came here with the intention to let the experience lead me where God has orchestrated his divine plan for my life. And what I've learned so far from this experience has been ground breaking, leading to me discarding some old held grudges I didn't realize I was holding on to, a change in my attitude towards others, and a new perspective on how I perceive the world and my understanding of what is reality.*

*The saying is true that what you put into anything is what you can expect to get out of it. I left no stone unturned. My reason being because I'd finally gotten fed up  with my half-hearted attempts at wanting to do the right thing and not taking the necessary steps to make that happen. Being here has helped me see that though life will always throw you a curve ball or a knuckle ball that disrupts what we may consider the natural flow of things, we have the ability to decide how we allow it to affect us. No thing or no one at any given time has control of how we respond or react. We allow ourselves to be conditioned through our everyday interactions with others, and allow our environment to dedicate how we conduct ourselves or how we present ourselves to the outside world. Regardless of how we truly think and feel about ourselves on the inside, we allow the outside influence of others to sway us because we figure we need that acceptance from them or to be a part of something. But Re-Entry and all that it has to offer has taught me to be comfortable in my own skin and confident that I'm who God made me to be. And only I have the power to choose what I want life to give me.*

*Michael Green*

Re-Entry & Leadership Graduate

*Change is hard, but it is also necessary. Re-Entry has helped me with that change.* Critical Thinking *has helped with my impulsiveness and* Unleashing the Power Within *has taught me that sometimes it is better to put my pride aside and suck it up. John C. Maxwell has really helped me step up my game with* The 21 Irrefutable Laws of Leadership. *The law of connection stands out the most to me. What better way can a leader get someone to follow him, but through a connection made. In an effort to give back to this community and make a connection with the men of Re-Entry, I try to teach them what I have learned, hoping they take with them what I have and even more.*

*Richard Russell*

Re-Entry & Leadership Graduate

**Walton Correctional Institution, Re-Entry**

Two years ago, I was just another 3-time loser going through motions trying to survive a 15 year mandatory sentence. Getting transferred to Walton C. I. was not what I had requested but it's been the best thing to happen in 10 years of doing time.

I have been in the Re-Entry Program here at Walton for 16 months. I've completed the leadership class as well as Re-Entry. I accepted the offer of a Team Leader position because I wanted to help other men receive what the program has given me; the tools to change that thinking. It also has given me direction in discovering who I truly am as a person. In the past, I never put much thought into values or having a moral foundation. Today, things like integrity and honor and responsibility are considered in my mind daily as I make decisions. As a Team Leader, I have an opportunity to not only put into practice what I've learned over the past year or so, but I also get to show the men in the program that it is possible to change ourselves and to have success, even behind prison fences. The responsibilities I have now are helping me to sharpen skills I'll be able to use in my job and my relationships once I am released and I will always be thankful for the Re-Entry Program and for everyone who has had a part in my journey for change.

Michael George

Re-Entry & Leadership Graduate /

Team Leader

I came to this program looking for rec on a regular basis and movies on the weekend. What I found was profoundly different from what I expected. I found a God fearing leader looking to change men's lives and I found a community of men with the courage to hold each other accountable because they genuinely cared about them. Since recognizing this, I committed myself to doing the same. Here I've found a sense of security in who I am in Christ, and how He can use my God given abilities to help others. Now my growth and change is seen by all the men I come across that know me before here. At first they don't believe it, but over time they see it's real. This program has blessed my entire family because they allow Christ to lead freely.

Juan Rivera

Re-Entry & Leadership Graduate

**Walton Correctional Institution, Re-Entry**

The truth of the Re-Entry program here at Walton C. I. Lies in the fact that it truly changes and saves men's lives. It changed my life and then afforded me the opportunity to serve others and help them change their lives in the process. I serve as a Team Leader in the program while at the same time I work as an ITA tutor in the Education Department. The two departments have a great relationship and we link education and character development together in order to produce changed men of character who possess the tools they need to succeed in the real world upon release. It has been my experience that for educated men of character, the sky is the limit. There are many men who made mistakes in their lives before and while being incarcerated who have taken it upon themselves to make the changes necessary to become men of character. These men deserve a second chance in life and it is a privilege to be a part of the change. We will continue to trust in God and know that the truth will always win in life.

Randy Young

Team Leader & ITA

Walton C.I.'s Re-Entry program has changed my whole way of thinking. I used to be somewhat fatalistic and often felt helpless to my own emotions and thoughts. My personal growth was limited because I was always reaching. Through a combination of curriculum, thought provoking writing assignments, public speaking, and peer accountability, I have learned to be proactive and take charge of my own happiness and perspectives. I am a much more productive, positive, and happier person.

Matthew Boyett

Re-Entry & Leadership Graduate /

HVAC Technician

Walton Correctional Institution, Re-Entry

During my tenure as a student in Re-Entry, I have had the benefit of receiving a Christian perspective of ideals and although I am not a Christian, I do believe that the values attributed to Christ should be the minimum standard we all strive for. By virtue of this Christian perspective, and my own secular perception, I have become very aware that the word 'sin' is progressively being replaced by psychological terms that delineate & minimize our faults and failings as humans. We've even heard  mention of the DSMV & how they have come up with diagnoses for every little character flaw & emotional issue they can think of. The problem with this, is that it causes the blame to be shifted to our parents, media, or society for making us the way we are. What we have lost as a result of this adaptation, is something that the old religious idea of 'sin' gave to us. The fact that we are responsible for our actions, we are responsible for our thoughts, we are responsible for our negative contributions to society. Only I am responsible for my sins. This means acknowledging ourselves as the source of pain, injustice, and callousness toward ourselves & others. Yet, in an attempt to rid ourselves of any accountability for our sins, we blame an ailment or some external influence, instead of acknowledging responsibility. Until I came to Re-Entry and even through the first several months of being in Re-Entry, this was my pattern of thought. Slowly I became aware of the fact that I was always looking out and never looking truly inward. I realized that I was blaming my circumstances and trying to change them through some sort of external manipulation, not knowing how vain it was. Only by committing myself to change and opening my mind was I finally able to see the truth:

I am not a victim of circumstances but the creator and initiator of the negative behavior that caused the circumstances.

Re-Entry has been my family. Re-Entry has been my 'Hall of Mirrors.' Every time I try to run, there I am. Every time I try to ignore my issues, I am faced with them. I am not judged for my sins, but I am made astutely aware of them. And for this I am grateful beyond words. My life has become worthwhile where there once was no hope. There is a spark instead of being stuck with the life I have created. I have realized that I can change it. I am so very thankful for the church that is Re-Entry...because you saved my life.

Joshua Little

Team Leader

Walton Correctional Institution, Re-Entry

# Re-Entry Dorm Rules & Regulations

The following rules & regulations are imposed upon any inmate who chooses to become a member of Re-Entry in addition to the standard institutional rules as provided within FAC chapter 33.

1. Nothing is to be hanging on bunk rails at 5 AM shift change M-F except for a towel, washcloth, and laundry bag.

2. Beds will be made by 5:30 AM (Mon-Fri); 9 AM on weekends and holidays; and anytime you leave the dorm. Shoes will be off the floor during morning cleaning times.

3. When leaving the dorm between 4 AM and 4 PM (except on weekends & holidays) bunks will remain straight and organized, **nothing** will be hanging on bunk rails, **nothing** under mat, **nothing** affixed to the inside of locker lid, **all** personal property will be put away, and shoes will be placed on the locker.

4. At recall men will cease all visiting and loitering, use the restroom, get water and **immediately** return to their bunks for count.

5. During count time: **No Communicating** (talking, signing, notes, etc) or noisy food prep. Immediately cease all activities and face forward when the officer comes out to count.

6. **No Talking** in line between the dorm and classroom, chow hall, or rec yard. Stay inside the yellow lines when walking anywhere. Remain in the order in which you left the dorm until you reach your destination.

7. **No Talking or Sign Language** in the chow hall and no passing food from table to table. Do not skip tables or skip someone in line. Do not remove food or condiments from the chow hall.

8. **No Talking or Visiting** in the dorm after lights out, except in the dayroom –during program breaks or sporting events. Please keep your voice at a **very low** volume during these times.

9. Shaving and brushing/flossing teeth will be done in the bathroom area only. There will be no 'walls' built, or anything that could obstruct the officer's view into the stall. Do not use toilet stalls 7-8 or shower side sinks/area during count or after lights out.

10. We will maintain a **Serene and Quiet** atmosphere throughout the dorm, especially before 7 AM and after 9PM. **No congregating** noisily around bunks during these times. **No Talking** across the dorm and **no cutting** between single bunks without permission.

11. No games in the dayroom past 7 PM (Sun-Thu) or 9 PM(Fri-Sat) and no games during evening DVD movie times.
    ◦ Quiet Time is Sun-Thu (from 6-7 PM in the summer months or 7-8 PM in the winter months); this is your prayer, meditation, reading, and studying time.

12. In the dayroom: **no talking during programs** (except sports), **no standing, laying down, or climbing over benches**. Please be respectful of all classes being conducted in the day room.

**Walton Correctional Institution, Re-Entry**

13. You must get undressed/dressed **behind** the shower wall. A shirt must be worn at all times during admin shift. On nights/weekends you may have your shirt off in YOUR bunk area only (except during count).

14. We will keep a respectable image as a group (pants pulled up, no hands in pants, wearing socks and t-shirts, shirts tucked in, good hygiene, sunglasses and hats off indoors, hats worn properly, no sculpted beards/non-regulation haircuts, etc).

15. When Re-Entry is called, you will have three minutes to exit the dorm and line up for class.

16. Be on time for all call-outs. When your call-out is over, check back in at center gate and return to class.

17. No going to the bathroom during count time until a Team Leader gets permission. If there is a re-count or extended count, we will then be allowed to go to the bathroom one or two at a time when a Team Leader makes these arrangements with the dorm officer.

18. No congregating around the officer's station or looking inside the officer's station for any reason at any time. When mail is called wait for your name to be called.

19. Do not ask the officer about canteen, rec, tablets, etc. The only reason to approach the officer station is for medication or forms or an emergency. Leave all other communication with the officers to a team leader.

20. We will leave the dorm as a group. If you are not in the dorm when rec or canteen is called and you don't make it out of the dorm before the door closes, you can not go. Please be prompt leaving the dorm for chow.

**21.** No outside visitors are allowed in the dorm for any reason regardless of permission from officer, and there will be no leaving the dorm for any reason unless you are reporting for work, class, or a call-out. **Do not ask an officer to let you violate any rule!**

22. Follow any and all institutional/program rules (No Fighting, No Gambling, No Stealing, etc.) Follow any and all directions given to you by an officer or staff member.

# Exhibit D

Thomas J. Thomas

Sara L. Mieczkowski A.F.D.                              1-4-21

My name is Thomas J. Thomas and I am currently housed at Jefferson correctional institution, however before coming here I was housed at Walton correctional institution where I had the honor of meeting, and becoming friends with Mr. Adam Hollis. We were both students in the re-entry program. Upon graduation Mr. Hollis was moved up to the leadership program. Because of his humble nature, and his willingness to help others he promoted to team-leader. As a leader I watched Mr. Hollis teach, and help mold men into productive men of faith. Many of these men have written back with their success stories. I personally saw this man change is own life. He has already given eight years of his life to the system. It would be doing him, and society a grave injustice to sentence Mr. Hollis to serve another long period of his life behind bars.
Wherefore, I'm asking this court to have mercy on my friend Mr. Adam Hollis.

Sincerely
Thomas Thomas

Sara L Mieczkowski
Assistant Federal Defender



January 7, 2021

Re: Letter of support for Adam Hollis

To whom it may concern:

I knew Adam Hollis for about three years while we were both participants in the
Re-entry program at Walton Correctional Institution. Adam was moved by a
deep sense of regret for the mistakes he made and genuinely wanted to be a
better man. He went through the leadership class and really bought into the
idea of being a servant leader. He became a Team Leader in the program in
order to make a difference in the lives of others. His character and judgement
was highly sought. I sought his advice often. He always made time for me, and
he always had good counsel and an encouraging word. He was transparent
and shared his shortcomings and successes readily so that others could learn
from them. He loved his two sons fiercely and wanted nothing more than to
pour love, positivity and some of the things he learned in the program into their
lives. I do not believe he poses a risk of reoffending.

Sincerely,

Matthew Boyett,
Walton Correctional Institution
691 Institution Road
DeFuniak Springs, FL 32433

Sara **L.** Mieczkowski

. Assistant Federal Defender



January 17, 2021

Re: letter of support for Adam Hollis

To whom it may concern:

I have known Adam Hollis for 3 years now. We were in the Re-entry program at Walton Correctional Institution together. Adam was one of the first people I met when I joined the program. As a team leader, teacher, and friend, he played a pivotal role in me becoming the man I am today. One of the core tenets of this program is taking responsibility for our actions and the hurt that we have caused others by our actions, and Adam was an inspiration for me in these areas. His honesty and courage displayed helped me to come to terms with pain that I have caused. Adam was an exemplarary team leader and mentor who helped many men. The team leaders lived with the men they taught so everything they did was on display for all 72 men in the dorm to see, and as testament to the man he became he was seen as a man of integrity and character among the men in the dorm. He was greatly respected. Adam was very honest and forthright about his mistakes and shortcomings. I honestly believe he has truly changed and become a better person since then who wants nothing more than to help others as he has shown again and again during his time in this program.

Sincerely

David McLeod,
Walton Correctional Institution
691 Institution Road
Defuniak Springs, FL 32433

# Exhibit E

Mrs. Mieczkowski:                                    Dec 28, 2020

I have known Adam Hollis for just over three years since beeing here at Walton C.I.. We met in a program dorm in March of 2017. Most Re-Entry programs in the State are sanctioned and Funded by the Federal Bureau of Prisons and in my opinion only care about the money, not the individual. The re-entry program at Walton is just the opposite. Not only is it not State sanctioned, everything the program receives is by donation, but the program coordinator and "Team leaders" genuinely care about the inmates going through the program.
    This is where I met Adam. Like I said earlier, I joined the program in March 2017, Adam was already in the program. By April 2017, Adam and I were already Fast Friends. As a Team Leader his time was not his own. He had curriculum's to create for leadership class, he helped inmates in the program with homework that we had weekly, he was there for inmates with personal issues, As a Team Leader they held interviews for prospective participants. They dealt with any possible and potential disciplinary issues in the dorm. All this while dealing with his own personal issues.
    I can count on three fingers how many friends I've had like Adam Hollis in my lifetime. Being a former U.S. Marine and Union Ironworker, I have met a lot of people.
    I can honestly say that I am a much better person for having met Adam.

Sincerely,

Lawrence P. Sanna

# Exhibit F



**Florida Department of Corrections (/index.html)**

"Inspiring Success by Transforming One Life at a Time"

Offender Search (/OffenderSearch/InmateInfoMenu.aspx)    Visit an Inmate (/ci/visit.html)

Correctional Institutions (/ci/index.html)    Probation Services (/cc/index.html)    Programs (/development/index.html)

FDC Jobs (http://www.fldcjobs.com)    Newsroom (/comm/index.html)    Statistics (/pub/index.html)

Institutions Map (map.html)    Institutions List ▼    Visitation Form (visit/108.pdf)

## Walton Correctional Institution

| | |
|---|---|
| **Address** | |
| 691 Institution Road | |
| De Funiak Springs, Florida | |
| 32433-1831 | |
| **Phone** | **Fax** |
| (850) 951-1300 | (850) 951-1750 |
| **Chaplain** | |
| (850) 951-1440 | |
| **Warden** | |
| Ronnie Quinn | |
| (mailto:Ronnie.Quinn@fdc.myflorida.com) | |
| **General Email** | |
| Walton Correctional Institute | |
| (mailto:WaltonCI.WardenOffice@fdc.myflorida.com) | |

**Visitation Hours**
**8:00 a.m. - 2:00 p.m. CST**
(visit.html)

**Click Here to access the Visitation Form (visit/108.pdf)**

### Directions

From I-10 take Exit 85 (US-331 North) for approximately 2 miles to US-90. Turn right on US-90 to first red light. Turn left on Hwy-83 North for approximately 4 miles. Turn right on Institution Road. The Institution is on the left.

**Please Note:** GPS systems and mapping sites such as Mapquest, Bing Maps, or Google Maps often provide incorrect directions to our prison facilities using the physical address. Please use the above directions when traveling to this prison or click the map to the right of this page.



Click to see a larger map
(http://maps.google.com/maps?
hl=en&safe=off&rls=com.microsof
SearchBox&rlz=1I7GGLM_en&q=3
84.8897222&um=1&ie=UTF-
8&sa=N&tab=wl)

| General Information | |
|---|---|
| Capacity | 1,201 |
| Population Gender | Male |

| Adult or Youthful | Adult |
| --- | --- |

### Academic Programs

- Adult Basic Education
- General Educational Development (GED)

### Vocational Programs

- Heating, Air Conditioning and Ventilation
- Residential Carpentry/Cabinetmaking

### Chaplaincy Services

- Alcoholics Anonymous
- Anger Management
- Bi-Lingual Worship Service
- Book Club
- Catholic Study
- Chapel Library Program
- Chapel Music Program
- Discipleship
- Faith & Character Based Program
- Global Leadership Summit
- Hebrew-Israelite Studies
- Holy Day Observation Program
- Jehovah Witness Study
- Jewish Sabbath
- Jumah Service
- Meditation
- Mentoring
- Messianic Studies
- Narcotics Anonymous
- Parenting Class
- Personal Growth Programs
- Religious Education
- Religious Volunteer Program
- Special Events
- Spiritual Advisor Visit Program
- Truth Project Class
- Worship Services

### Institutional Betterment Programs

- 100-Hour Transition Program
- Active and Passive Sports
- Anger & Stress Management
- Law Library Program
- Library Program
- Wellness Education

### Re-Entry Program

- Addiction Recovery
- Advanced Leadership Training Program
- Beginning Spanish
- Budgeting & Finance
- CDL Readiness
- Character Building Courses
- Conflict Resolution
- Critical Thinking Courses
- Employability Skills
- EOS Resources

- F.I.T. Fitness Classes
- FASFA Application Assistance
- Fundamentals of HVAC
- Gavel Club (Toastmasters International)
- GED Readiness
- Housing and Job Search
- Kingdom Power Parenting
- Self Mastery Classes

**About Us (/about.html)**

*As Florida's largest state agency, and the third largest state prison system in the country, FDC employs 24,000 members, incarcerates approximately 90,000 inmates and supervises nearly 155,000 offenders in the community.*

**Quick Links**

Contact an Inmate (/ci/ContactInmate.html)

Public Records (/comm/PRR.html)

Volunteer (/volunteer/index.html)

File a Complaint (/apps/IGcomplaint.asp)

Organization (/org/orgchart.html)

Regulatory Plan (/pub/regulatory/2020-2021.pdf)

Victim Services (/vict/index.html)

Office of Programs and Re-Entry (/development/index.html)

Corrections Foundation (https://www.correctionsfoundation.org/)

Parole Information (https://www.fcor.state.fl.us/index.shtml)

Inspector General (/ig/index.html)

Prison Rape Elimination Act (/prea/index.html)

**Contact Us (/org/contact.html)**

*501 South Calhoun Street Tallahassee, FL 32399-2500*

*Main: (850) 488-5021*

Phone Directory (/org/contact.html)

Citizen Services (/citizen/index.html)

Exhibit G

# Instructor Certificate

# Budgeting and Finance

*This certificate of completion is awarded on this 13th day of May, 2017 to:*

## Adam Hollis

*for your commitment in instructing the Re-Entry course in*

*credit repair, budgeting, eliminating debt, and life skills.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Budgeting and Finance

This certificate of completion is awarded on this 13th day of May, 2017 to:

# Adam Hollis

for your commitment in completing the Re-Entry course in

credit repair, budgeting, eliminating debt, and life skills.

Re-entry Coordinator:

Officer C. Pratt

# Certificate of Completion

## Boundaries

This certificate of completion is awarded on this 13th day of May, 2017 to:

## Adam Hollis

for your commitment in completing the Re-Entry course: Boundaries -

When to say yes  and how to say no to take control of your life.

Re-entry Coordinator:

Officer C. Pratt

# Certificate of Completion

## Conflict Resolution

*This certificate of completion is awarded on this 13th day of May, 2017 to:*

# Adam Hollis

*for your commitment in completing the Re-Entry course: Conflict Resolution -*

*A biblical answer for resolving issues that arise from everyday conflicts.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Critical Thinking

*This certificate of completion is awarded on this 13th day of May, 2017 to:*

# Adam Hollis

*for learning how to use judgment, reflective reasoning, and*

*intellectual humility to make important life decisions.*

Re-entry Coordinator:
Officer C. Pratt

# Certificate of Completion

## Employment 101

*This certificate of completion is awarded on this 13th day of May, 2017 to:*

# Adam Hollis

*Empowering men to get back to work.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Joe Land

*This certificate of completion is awarded on this 13th day of May, 2017 to:*

## Adam Hollis

*for learning self-mastery and how to unleash*

*our own power from within.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Band of Brothers

*This certificate of completion is awarded on this 13th day of December, 2017 to:*

# Adam Hollis

*Currahee – We Stand Alone Together*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Ethics – Doing The Right Thing

*This certificate of completion is awarded on this 13th day of December, 2017 to:*

# Adam Hollis

*An exploration in absolute moral truth.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Five Love Languages

This certificate of completion is awarded on this 13th day of December, 2017 to:

## Adam Hollis

for learning the secret to love that lasts.

Re-entry Coordinator:
Officer C. Pratt

# Certificate of Completion

## 7 *Habits of Highly Effective People*

This certificate of completion is awarded on this 13th day of December, 2017 to:

# Adam Hollis

for learning a step-by-step pathway for living with

fairness, integrity, service, and human dignity.

Re-entry Coordinator:
Officer C. Pratt

# Certificate of Completion

# 17 Indisputable Laws of Teamwork

*This certificate of completion is awarded on this 13th day of December, 2017 to:*

## Adam Hollis

*for gaining an education in the wisdom of team values.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## 21 Irrefutable Laws of Leadership

This certificate of completion is awarded on this 13th day of December, 2017 to:

## Adam Hollis

for gaining an education in the wisdom of servant leadership.

e-entry Cordinator:
Officer C. Pratt

# Certificate of Completion

## Who Wants To Be A Champion

*This certificate of completion is awarded on this 13th day of May, 2017 to:*

# *Adam Hollis*

*for your commitment in completing the Re-Entry course: Who Wants To Be*

*A Champion - The 10 building blocks that help you become everything you can be.*

*Re-entry Coordinator:*
*Officer C. Pratt*

# Certificate of Completion

## Winning Attitude

*This certificate of completion is awarded on this 13th day of December, 2017 to:*

## Adam Hollis

*Developing an attitude of mind which*

*brings peace, courage, and success.*

*Re-entry Coordinator:*
*Officer C. Pratt*

Exhibit H



**FLORIDA**
**DEPARTMENT of**
**CORRECTIONS**

Governor
**RON DESANTIS**

Secretary
**MARK S. INCH**

501 South Calhoun Street, Tallahassee, FL 32399-2500                          www.dc.state.fl.us

December 21, 2020

Re: Certification of Records for Disciplinary history of HOLLIS, ADAM DC# H11414

To Whom It May Concern:

I, Caren Arch, am currently employed with the Florida Department of Corrections as the
Correctional Sentence Specialist and the designated Records Custodian for Walton Correctional
Institution located at 691 Institution Road, Defuniak Springs, Walton County, Florida 32433.

I attest that the records accompanying this Certification are true and accurate copies of the
original documents made and kept in the course of the regularly conducted business activities of
Walton Correctional Institution. These records are kept pursuant to the regular practice of the
Department of corrections and are regularly relied upon by our department.

These records are identified as follows:

Disciplinary History.

I understand and am aware that falsely making this Certification would subject me to criminal
penalties.

I do hereby swear or affirm that this Certification and the attached records are true and accurate.

*Caren L Arch*

Caren L Arch
Correctional Sentence Specialist
Walton Correctional Institution

My Notary Public Commission: GG 346841
My Notary Public Expiration Date: September 27, 2023

★INSPIRING SUCCESS BY TRANSFORMING ONE LIFE AT A TIME ★

```
                        FLORIDA DEPARTMENT OF CORRECTIONS

                                         USER ID:
NAME: HOLLIS, ADAM L.              DOC NO: H11414        STATUS: TEM.ABSENT

   **------------------------------------------------------------------**
   IISO006            OVERALL INMATE RECORD AS OF 12/21/20      TIME: 07:57
   *-------------------------------------------------------------------*


   THE FOLLOWING INFORMATION IS FROM THE RECORD OF THE INMATE NAMED ABOVE.
   SOME DATA AS WELL  AS RELEASE DATE(S)  ARE SUBJECT TO CHANGE  WITH THE
   AWARD OF AND/OR FORFEITURE OF GAIN TIME OR PROVISIONAL CREDITS OR WITH
   A CHANGE IN SENTENCE STRUCTURE OR INMATE STATUS.

LOCATION:   -OUT TO COURT          PROVISIONAL RELEASE DATE: NO CREDITS
OVERALL TERM: 20 YRS  0MOS   0DAYS    TENTATIVE RELEASE DATE:  06/16/2031
CUSTODY GR: CLOSE   SINCE:  / /     LAST PROV.AWARD:  0 DAYS ON   / /
DATE OF BIRTH: 12/24/78 SEX: MALE     LAST GAIN TIME: 10 DAYS ON 03/31/20
BIRTHPLACE: MISSOURI      HT: 5' 9"   RACE: WHITE          EYES: BROWN
SOC.SEC.NO.:                       FBI NO:              FDLE:
FILE IMAGING: COMPLETE RECORD IMAGED
*****************************************************************************
THE FOLLOWING DATES ARE SET BY THE FLORIDA COMMISSION ON OFFENDER REVIEW.
QUESTIONS ABOUT THESE DATES SHOULD BE DIRECTED TO THAT AGENCY AT (850)488-1655.
CONTROL RELEASE DATE:  / /         PRESUMPTIVE PAROLE DATE: 99/99/9999
*****************************************************************************


   **------------------------------------------------------------------**
            INMATE DISCIPLINARY ACTIONS AS OF 12/21/20      TIME: 07:57
   *-------------------------------------------------------------------*


THE FOLLOWING ENTRIES REFLECT DISCIPLINARY ACTIONS AGAINST THE INMATE
FOR VIOLATION OF THE RULE CITED AND INDICATE THE GAIN TIME DAYS LOST.

                    --- CURRENT INCARCERATION ---
   DATE     DAYS         VIOLATION              LOCATION
 --------   ----   -------------------------   ------------------
                    NO DISCIPLINARY ACTIONS

                        PAGE:  1
```

Exhibit I

Dear Your Honor,

I am writing to you on behalf of my son, Adam Hollis.  I am writing you this letter to give you some kind of insight into what my son is really like. My son is a loving and caring young man who, unfortunately, suffers from a terrible illness which has been documented by thousands of other cases and people who suffer the same illness.  I am not trying to belittle the seriousness of his crimes in any way, but rather inform you that Adam has never been able to receive the psychiatric care that he needed.  Adam himself has never tried to give excuses or alibis for the things he did, but instead he has owned up to his mistakes and always plead guilty in order to spare the victims and loved ones from having to go through any court proceedings.

In all the years my son has been in prison, he has been an exemplary inmate.  Even though he has been taunted, threatened and harassed, he has never been in any altercations; in fact, even some of the guards have called him a model inmate.  Since he has been in prison, he has been not only a model prisoner, but he has been a role model and even a teacher to the other inmates.  Adam was chosen by the prison to become a teacher to assist the other inmates with coping upon their release and even the other inmates have told the prison what a great help Adam was to them.

Adam has two great sons and even though he doesn't get to see them, he tries to stay in touch with  them and communicate with them by writing letters and drawing them fabulous pictures.  Adam is a very talented artist and he was hoping one day to attend art school.  I have sent a few of the drawings he has made and I hope your Honor gets a chance to view them.

Your Honor,  I know the crimes my son committed are serious but I hope you can see my son's worth and understand what the prosecutors are trying to do is basically give my son a life sentence.  I don't understand if it is legal or not but what they did was definitely immoral; they told my son at his trial that if he plead guilty and received a substantial sentence, they would forego any further charges on their part.  The prosecutors then waited 7 years and about a month before the statute of limitations ran out, they decided they wanted him to do another 30-plus years.  As I said, it may not be illegal but I believe it is definitely unethical to do that to someone.

I beg Your Honor to please show my son some mercy.

Thank you.

Lisa Venz
(Adam's mother)

Exhibit J

**From:** REBECCA FARLEY
**Sent:** Monday, February 1, 2021 11:05 AM
**To:** Sara Mieczkowski
**Subject:** Letter for Adam Hollis

To whom it may concern:

I met Adam Hollis when I was 19. I worked with him for around a year, and in that time he showed great dedication to his work. He had a very strong work ethic and knew how to solve problems on the fly. He was always there if we needed him to cover a shift, and even stayed open to close if he had to. He was eventually promoted to run the whole store. Around that time, I stopped working with him but we remained friends. When he had his first son, it was obvious how fast he fell in love with him. He loved his son and made him a priority in his life. He is such a loving father, and would do anything for his children.

When I lost my sister, Adam counselled me in not giving up and helped to encourage me with Bible verses and words of encouragement. He never let me give up and wallow in my self-pity. He's very good about being there for people. He has something inside him that wants to help people succeed, and he hasn't stopped since he's been in prison. He was teaching classes to fellow inmates and giving them the tools to help take control of their lives and make better choices. Despite being moved around and cut off from everyone he knows and loves, he has never given up trying to improve himself and the lives of others. He has dedicated his life to making a difference to those he comes in contact with and I believe that we are all better for knowing him.

I believe that he can and should have the opportunity to rejoin society and show the world and himself that he has a kind heart and an eagerness to help others.

Thank you so much for your time and consideration.

Sincerely, Rebecca Farley