UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No. 8:20-cr-84-T-23SPF

ADAM LEE HOLLIS

# UNITED STATES' EXHIBIT LIST (SENTENCING)

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| A | | | SA Terri Botterbusch | Recovered chat with daniel.nelson.girl.kisser09 |
| B | | | SA Terri Botterbusch | K.T. victim-impact statement |
| C | | | SA Terri Botterbusch | Hollis email extraction |
| D | | | SA Terri Botterbusch | Hollis IMGSCR profiles |
| E | | | SA Terri Botterbusch | J.H. victim-impact statement |
| F | | | SA Terri Botterbusch | Relative victim-impact statement |
| G | | | SA Terri Botterbusch | S.T. victim-impact statement |
| H | | | SA Terri Botterbusch | Hollis motherless.com post |
| I | | | SA Terri Botterbusch | Hollis web history report |