OFFICE OF THE STATE ATTORNEY, TENTH JUDICIAL CIRCUIT
State Attorney Jerry Hill



Polk, Highlands, and Hardee Counties

*Main Office*
255 North Broadway Avenue, 2nd Floor
Drawer SA, P.O. Box 9000
Bartow, Florida 33831-9000 • (863) 534-4800
www.sao10.com

*Lakeland Branch Office*
930 East Parker Street, Suite 238
Lakeland, Florida 33801 • (863) 802-6240

*Winter Haven Branch Office*
3425 Lake Alfred Road 9, Gill Jones Plaza
Winter Haven, Florida 33881 • (863) 401-2477

TO:      CLERK'S OFFICE, RECORDS

FROM:    Cheryl Starling (863) 534-4857, State Attorney's Office

DATE:    11/16/2015

RE:      STATE OF FLORIDA V. ADAM LEE HOLLIS
         53-2000-CF-001594-A000-XX
         TASA: ASHLEY KRIEGER

*************************************************************

PLEASE SEND **CERTIFIED COPIES** OF THE **INFORMATION, JUDGMENT AND SENTENCE, LEGIBLE FINGERPRINTS AND A CERTIFICATE OF NO POST CONVICTION RELIEF** ON THE FOLLOWING CASE(S):

CF00-001594

WE WILL NEED THIS BY: **11/17/2015 AM**
PLEASE RETURN A COPY OF THIS REQUEST WITH THE DOCUMENTS REQUESTED.
THANKS FOR YOUR HELP!

2015 NOV 16 PH 1:43

12 copies
11/20/15
CMy

DISC-00229

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, STATE OF FLORIDA

STATE OF FLORIDA

CASE # : CF00-01594A-XX

vs.

ADAM L. HOLLIS, W/M, 12/24/78, ~~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~~

## AMENDED
## INFORMATION FOR:

1) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
2) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
3) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
4) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
5) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
6) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
7) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
8) PROMOTING A SEXUAL PERFORMANCE BY A CHILD

In the Name and by Authority of the State of Florida:

JERRY HILL, State Attorney for the Tenth Judicial Circuit, Polk County, Florida, by and through his undersigned Assistant State Attorney, charges that ADAM L. HOLLIS on February 17, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 1, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

COUNT 2: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on February 22, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 2, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

COUNT 3: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on February 25, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 3, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

COUNT 4: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on February 26, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 4, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

COUNT 5: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on March 1, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 5, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

COUNT 6: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on March 4, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 6, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

COUNT 7: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on March 6, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 7, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

COUNT 8: Informant aforesaid, under oath, further information makes that ADAM L. HOLLIS on March 7, 2000, in the County of Polk and State of Florida, did promote a sexual performance by a child when knowing the character and content thereof in that he promoted, to-wit, did give, provide, transfer, transmute, distribute or circulate or offer or agree to do the same, any performance, to wit, any photograph or other visual representation exhibited before an audience, which includes sexual conduct by a child less than 18 years of age, to-wit, exhibit 8, contrary to Florida Statute 827.071(3). (2 DEG FEL) (LEVEL 6)

_____
BRADFORD H. COPLEY
FL. BAR NO. 0437662
Assistant State Attorney
Polk County, Florida

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

STATE OF FLORIDA
COUNTY OF POLK

     Appeared before me, BRADFORD H. COPLEY, Assistant State Attorney for Polk County, Florida, personally known to me, who, being first duly sworn, says that the allegations as set forth in the foregoing information are based upon facts that have been sworn to as true, and which, if true, would constitute the offense therein charged, that this prosecution is instituted in good faith, and certifies that testimony under oath has been received from the material witness or witnesses for the offense.

                                               _____
                                               Assistant State Attorney

Sworn to and subscribed to before me this 30th day of ~~April,~~ May, 2000.

"Official Notary Seal"
SHEILA D. TINDLE
Notary Public, State of Florida
My Commission Expires Sept. 25, 2001
Commission No. CC677401

                                       _____
                                       NOTARY PUBLIC, State of Florida

**CO-DEFENDANT(S):**



CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA

STATE OF FLORIDA                                    CASE # : CF00-01594A-XX

VS.

ADAM L. HOLLIS, W/M, 12/24/78, ~~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~~

The Office of the State Attorney has dealt with the charges listed in the complaint affidavit as follows:

**CHARGES ON AFFIDAVIT**                **CHARGES FILED**

1. 1-8) changing the charge              1-8) PROMOTING A SEXUAL PERFORMANCE BY A CHILD
   9-40) to be ~~No Billed~~ at a later date
2. Nolle Prossed
3.
4.
5.
6.
7.
8.
9.

**CO-DEFENDANT(S):**
Issue:      Capias _____         Summons _____

Dated this  30th  day of  May , 2000.

JERRY HILL
STATE ATTORNEY

_____BC_____
Assistant State Attorney
Bar # : 0437662

Original: Clerk
CC: Polk County Jail, Classification Officer
    FILE

STATE OF FLORIDA, COUNTY OF POLK
This is to certify that the foregoing is a true and correct copy of the document now of record in this office. Witness my hand and Official Seal on 11/10/15.
This copy has been reviewed, and required by law, redacted.
STACY M. BUTTERFIELD, CLERK CIRCUIT COURT
By _____ D.C.

DISC-00234



**PROBATION VIOLATOR**

STATE OF FLORIDA
    VS.
ADAM LEE HOLLIS

IN THE CIRCUIT COURT, 10TH JUDICIAL
CIRCUIT, IN AND FOR POLK COUNTY,
FLORIDA
DIVISION: 4
CASE NUMBER: CF00-01594A-XX
D.C. NUMBER: H11414
OBTS NUMBER: 3020012992

### J U D G M E N T

THE DEFENDANT ADAM LEE HOLLIS
BEING PERSONALLY BEFORE THIS COURT REPRESENTED BY JEFFREY PEARLMAN, APD
HIS ATTORNEY OF RECORD, AND THE STATE REPRESENTED BY BRADFORD COPLEY
ASSISTANT STATE'S ATTORNEY, AND HAVING

ENTERED A PLEA OF NOLO CONTENDERE TO THE FOLLOWING CRIME(S);

| COUNT | CRIME | OFFENSE STATUTE NUMBER(S) | DEGREE OF CRIME |
|---|---|---|---|
| 001 | DIRECT PROMOTE SEXUAL PERFORMANCE B | 827.071 | F2 |

FILED AND RECORDED
BOOK 254  PAGE 876

DEC 15 2000

RICHARD M. WEISS, CLERK

BY _____

__✓__  AND NO CAUSE BEING SHOWN WHY THE DEFENDANT SHOULD NOT BE ADJUDICATED
GUILTY, IT IS ORDERED THAT THE DEFENDANT IS HEREBY ADJUDICATED GUILTY OF THE
ABOVE CRIME(S).

_____  AND PURSUANT TO SECTION 943.325, FLORIDA STATUTES, HAVING BEEN CONVICTED
OF ATTEMPTS OR OFFENSES RELATING TO SEXUAL BATTERY (CH.794) OR LEWD AND
LASCIVIOUS CONDUCT (CH. 800); INDECENT EXPOSURE, 782.04-MURDER,
784.045-AGGRAVATED BATTERY, 812.133-CARJACKING, OR 812.135-HOME INVASION
ROBBERY, THE DEFENDANT SHALL BE REQUIRED TO SUBMIT BLOOD SPECIMENS.

_____  AND GOOD CAUSE BEING SHOWN; IT IS ORDERED THAT ADJUDICATION OF GUILT BE
WITHHELD. (TO BE CHECKED ONLY IF DEFENDANT IS FINGERPRINTED)

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

PAGE __1__ OF __57__

REVISED 03/99



DEFENDANT SAM LEE HOLLIS

**CHARGES/COSTS**

CASE NUMBER CF00-01594A-XX

THE DEFENDANT IS HEREBY ORDERED TO PAY THE FOLLOWING IF CHECKED:

__X__ TWO-HUNDRED DOLLARS ($200) PURSUANT TO F.S. 938.05 (LOCAL GOVERNMENT CRIMINAL JUSTICE TRUST FUND) _____ LIEN FILED

__X__ FIFTY DOLLARS ($50.00) PURSUANT TO F.S. 938.03 (CRIMES COMPENSATION TRUST FUND)

__X__ THREE DOLLARS ($3.00) PURSUANT TO F.S. 938.01 (CRIMINAL JUSTICE STANDARDS AND TRAINING TRUST)

__X__ TWO DOLLARS ($2.00) PURSUANT TO F.S. 938.15 (CRIMINAL JUSTICE EDUCATION FOR LOCAL GOVERNMENT)

__X__ THREE DOLLARS ($3.00) PURSUANT TO F.S. 938.17 (JUVENILE JUSTICE ASSESSMENT CENTER)

__X__ THREE DOLLARS ($3.00) PURSUANT TO F.S. 938.19 (TEEN COURT)

_____ ONE HUNDRED THIRTY FIVE DOLLARS ($135.00) PURSUANT TO F.S. 938.07 (MANDATORY IN DUI CASES)

__X__ $ 400.00 PURSUANT TO F.S. 939.27 (PROSECUTION/INVESTIGATIVE COSTS) to PCSO within 5 years.

__X__ $ 300.00 PURSUANT TO F.S. 27.56 (PUBLIC DEFENDER FEES) XXX  LIEN FILED

__X__ CHECK ONE:   $124.50 (ADJUDICATED GUILTY)   XXX
                   $239.00 (ADJUDICATION WITHHELD) _____
PURSUANT TO F.S. 939.18 (COURT IMPROVEMENT FUND - DISCRETIONARY)

__X__ A FINE OF $ 90.00 PURSUANT TO F.S. 775.083 PLUS $ 5.00 (5% SURCHARGE PURSUANT TO F.S. 938.04) PLUS TWENTY DOLLARS ($20.00) PURSUANT TO F.S. 938.06: TOTALING $ 114.50 (CHECK IF ADJUDICATED)

_____ OTHER _____

_____ THE COURT HEREBY STAYS AND WITHHOLDS THE IMPOSITION OF SENTENCE AS TO COUNT(S) _____ AND PLACES THE DEFENDANT ON PROBATION FOR A PERIOD OF _____ UNDER THE SUPERVISION OF THE DEPARTMENT OF CORRECTIONS. (CONDITIONS OF PROBATION SET FORTH IN SEPARATE ORDER)

_____ THE COURT HEREBY DEFERS IMPOSITION OF SENTENCE UNTIL _____. (DATE)

JUDGE STEVEN SELPH

FILED AND RECORDED
BOOK 254 PAGE 877

DEC 15 2000
RICHARD M. WEISS, CLERK   PAGE 2 OF 57
BY _____

COSTS W/O DRUGS

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

DISC-00236

Case Number CF00-01594A-XX

NAME: Adam Lee Hollis

## FINGERPRINTS OF DEFENDANT

SOCIAL SECURITY NO. ~~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~~



| 1. R. Thumb | 2. R. Index | 3. R. Middle | 4. R. Ring | 5. R. Little |
|---|---|---|---|---|
| 6. L. Thumb | 7. L. Index | 8. L. Middle | 9. L. Ring | 10. L. Little |

Fingerprints taken by:

_____
Name and Title

DONE AND ORDERED in Open Court at BARTOW, POLK County, Florida, this 15 day of DECEMBER A.D., 2000. I HEREBY CERTIFY that the above and foregoing fingerprints are the fingerprints of the Defendant, ADAM LEE HOLLIS, and that they were placed thereon by said Defendant in my presence in Open Court this date.

FILED AND RECORDED
BOOK 254  PAGE 878
DEC 15 2000
RICHARD M. WEISS, CLERK
BY _____

Judge STEVEN SELPH

Page 3 of 57

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

DISC-00237

In The Circuit Court Tenth Judicial Circuit,
In and For Polk County, Florida

State of Florida

v.

A. Hollis

Defendant

Case No. CF 00-1594XX

Division:

## Monetary Obligations Order (Non DUI/BUI)
(Costs are assessed by case)

The above named defendant is hereby ordered to pay the following sums, as checked:

### Mandatory Costs (Select one)

| | Amount | Type | Statute |
|---|---|---|---|
| ☐ | $ 373.00 | Felony | F.S. § § 938.01(1), 938.03, 938.05, 938.15, 775.083(2), 939.185(1)(a), 938.19 & Polk C.O. 05-046 |
| ☐ | $ 193.00 | Misdemeanor | F.S. § § 938.01(1), 938.03, 938.05, 938.15, 775.083(2), 939.185(1)(a), 938.19 & Polk C.O. 05-046 |

### Additional Mandatory Costs (Select all that apply)

| | Amount | Description | Statute |
|---|---|---|---|
| ☐ | $ 15.00 | Involved Drugs or Alcohol (applies to Misdemeanors only) | § 938.13 & Polk C.O. 90-05, 98-64 |
| ☐ | $ 40.00 | Indigency Application Fee/Public Defender | § 27.52(2)(a) |
| ☐ | $ 15.00 | Surcharge on Criminal Traffic Charges (Court Facilities Fund) | § 318.18(13)(a) |
| ☐ | $ 201.00 | Domestic Violence Surcharge | § 938.08 |
| ☐ | $ 151.00 | Rape Crisis Program Trust Fund | § 938.085 |
| ☐ | $ 101.00 | Child Advocacy Trust Fund (Crimes against minors) | § 938.10 (1) |
| ☐ | $ 250.00 | Wildlife Fee | § 372.7015 |
| ☐ | $ 3.00 | Radio System Trust Fund (Chapter 316 Felonies) | § 318.18 (17) |

### Fines: (Select all that apply – Enter Amount)

| | Amount | Description | Statute |
|---|---|---|---|
| ☐ | $ | Fine & 5% surcharge | F.S. § § 775.083(1), 893.13, 893.135, 938.04, 828.12 |
| ☐ | $ | Fine & 5% surcharge (Crimes involving death or injury - not to exceed $10,000) | § § 775.0835(1), 938.04 |
| ☐ | $ 20.00 | Crime Stoppers Trust Fund (only if fine imposed) | § 938.06 |
| ☐ | $ 500.00 | Mandatory Civil Penalty for Violation of § 796.07(2)(f) | § 796.07(6) |

### Discretionary Costs/Fees: (Select all that apply – Enter Amount)

| | Amount | Description | Statute |
|---|---|---|---|
| ☐ | $ 100.00 | Drug Related Offense | F.S. § 938.25 |
| ☐ | $ | Alcohol and Drug Abuse (up to amount of fine) | § § 938.21, 938.23 |
| ☒ | $ 150. | Public Defender/ Court Appointed Attorney Fee | § 938.29 |
| ☐ | $ | Cost of Extradition to PCSO | § 938.27 |
| ☐ | $ | Investigation Costs to _____ | § 938.27 |
| ☐ | $ | Other (explain) _____ | |

TOTAL: $ 150.

FILED AND RECORDED
BOOK _____ PAGE _____
OCT 03 2007
RICHARD M. WEISS, CLERK
BY _____

### Restitution (Select one)

☐ No restitution ordered.
☐ Restitution Ordered. To be paid in accordance with separate Restitution Order.
☐ Jurisdiction is reserved to determine restitution upon motion of the State.

### FDOC costs, and fees:

☒ You shall pay $1.00/month of Supervision within 90 days per FS948.03(1)(o) and Admin. Order 2-64.1 (First Step).
☒ You shall pay $2.00/month of Supervision per FS948.09(1)(a) (training and equip.).
☒ The Court reserves jurisdiction to award costs of incarceration per FS960.291, et. seq.
☒ You shall pay $30.00/month Cost of Supervision.
☒ You shall pay $30.00/month Cost of RF Electronic Monitoring or $50.00/month cost of GPS Monitoring, if applicable.

Unless payment is ordered as a condition of probation, it is further ordered that Judgment is hereby entered in favor of the State of Florida, and/or Clerk of Court, and victim(s) for the sum of the above amounts, together with interest at the lawful rate, for which let execution issue. (§ § 55.10, 960.295, Fla. Stat.) This judgment shall supersede any previous judgment that may have been entered against the defendant in the above referenced case only.

DONE AND ORDERED in Polk County, Florida, this 3 day of Oct 20 07

CC: State Attorney
Defense Counsel
Probation & Parole (if applicable)

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

DENNIS P. MALONEY  Circuit Judge
Facsimile Signature as authorized
by Florida Circuit Court Section 116.34

10th Circuit Cost Form 07/2007

C:COST/ 10·10·07 EW

PAGE 4 OF 7

DISC-00238

 

ADAM LEE HOLLIS
CASE NUMBER: CF00-01594A-XX    OBTS NUMBER: 3020012992

THE DEFENDANT, BEING PERSONALLY BEFORE THIS COURT, ACCOMPANIED BY HIS ATTORNEY, APD WILLIAM J TWYFORD      AND HAVING BEEN ADJUDICATED GUILTY HEREIN, AND THE COURT HAVING GIVEN THE DEFENDANT AN OPPORTUNITY TO BE HEARD AND TO OFFER MATTERS IN MITIGATION OF SENTENCE, AND TO SHOW CAUSE WHY HE SHOULD NOT BE SENTENCED AS PROVIDED BY LAW, AND NO CAUSE BEING SHOWN,

(CHECK ONE IF APPLICABLE)

SENTENCE  (AS TO COUNT  001)

BOOK 0381  PAGE 1300

____  AND THE COURT HAVING ON _____ DEFERRED IMPOSITION OF SENTENCE UNTIL THIS DATE.

____  AND THE COURT HAVING PREVIOUSLY ENTERED A JUDGEMENT IN THIS CASE ON _____ NOW RESENTENCES THE DEFENDANT.

__X__ AND THE COURT HAVING PLACED THE DEFENDANT ON PROBATION/COMMUNITY CONTROL AND HAVING SUBSEQUENTLY REVOKED THE DEFENDANT'S PROBATION/COMMUNITY CONTROL.

IT IS THE SENTENCE OF THE COURT THAT:

____  THE DEFENDANT PAY A FINE OF $_____ PURSUANT TO F.S. 775.083, FLORIDA STATUTES, PLUS $ _____ AS THE 5% SURCHARGE REQUIRED BY F.S. 960.25, FLORIDA STATUTES.

__X__ THE DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE DEPARTMENT OF CORRECTIONS.

____  THE DEFENDANT IS HEREBY COMMITTED TO THE CUSTODY OF THE SHERIFF OF POLK COUNTY, FLORIDA.

____  THE DEFENDANT IS SENTENCED AS A YOUTHFUL OFFENDER IN ACCORDANCE WITH SECTION 958.04, FLORIDA STATUTES.

TO BE IMPRISONED (CHECK ONE; UNMARKED SECTIONS ARE INAPPLICABLE):

____  FOR A TERM OF NATURAL LIFE.

__X__ FOR A TERM OF      66   MONTHS

____  SAID SENTENCE SUSPENDED FOR A PERIOD OF _____ SUBJECT TO CONDITIONS SET FORTH IN THIS ORDER.

IF "SPLIT" SENTENCE COMPLETE THE APPROPRIATE PARAGRAPH

____  FOLLOWED BY A PERIOD OF _____ ON PROBATION/COMMUNITY CONTROL UNDER THE SUPERVISION OF THE DEPARTMENT OF CORRECTIONS ACCORDING TO THE TERMS AND CONDITIONS OF SUPERVISION SET FORTH IN A SEPARATE ORDER ENTERED HEREIN.

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

PAGE  5  OF  7

FILED AND RECORDED
BOOK _____ PAGE _____
OCT 03 2007
RICHARD M WEISS, CLERK
BY _____

REVISED 04/04

DISC-00239



ADAM LEE HOLLIS
CASE NUMBER: CF00-01594A-XX     OBTS NUMBER: 3020012992

_____  IT IS FURTHER ORDERED THAT THE DEFENDANT BE ALLOWED \_\_\_\_\_ DAYS TIME SERVED. BETWEEN DATE OF ARREST AS A VIOLATOR FOLLOWING RELEASE FROM PRISON TO THE DATE OF RESENTENCING. THE DEPARTMENT OF CORRECTIONS SHALL APPLY ORIGINAL JAIL TIME CREDIT AND SHALL COMPUTE AND APPLY CREDIT FOR TIME SERVED ON CASE/COUNT _____ (OFFENSES COMMITTED BETWEEN OCTOBER 1, 1989, AND DECEMBER 31, 1993)

_____ THE COURT DEEMS THE UNFORFEITED GAIN TIME PREVIOUSLY AWARDED ON THE ABOVE CASE/COUNT FORFEITED UNDER SECTION 948.06(6).

_____ THE COURT ALLOWS UNFORFEITED GAIN TIME PREVIOUSLY AWARDED ON THE ABOVE CASE/COUNT. (GAIN TIME MAY BE SUBJECT TO FORFEITURE BY THE DEPARTMENT OF CORRECTIONS UNDER SECTION 944.28(1)).

**X** IT IS FURTHER ORDERED THAT THE DEFENDANT BE ALLOWED **455** DAYS TIME SERVED BETWEEN DATE OF ARREST AS A VIOLATOR FOLLOWING RELEASE FROM PRISON TO THE DATE OF RESENTENCING. THE DEPARTMENT OF CORRECTIONS SHALL APPLY ORIGINAL JAIL TIME CREDIT AND SHALL COMPUTE AND APPLY CREDIT FOR TIME SERVED ONLY PURSUANT TO SECTION 921.0017, FLORIDA STATUTES, ON CASE/COUNT _____. (OFFENSES COMMITTED ON OR AFTER JANUARY 1, 1994)

CONSECUTIVE/CONCURRENT AS TO OTHER COUNTS

IT IS FURTHER ORDERED THAT THE SENTENCE IMPOSED FOR THIS COUNT SHALL RUN (CHECK ONE) \_\_\_\_\_CONSECUTIVE TO \_\_\_\_\_CONCURRENT WITH THE SENTENCE SET FORTH IN COUNT \_\_\_ OF THIS CASE.

CONSECUTIVE/CONCURRENT AS TO OTHER CONVICTIONS

IT IS FURTHER ORDERED THAT THE COMPOSITE TERM OF ALL SENTENCES IMPOSED FOR THE COUNTS SPECIFIED IN THIS ORDER SHALL RUN (CHECK ONE) \_\_\_\_\_ CONSECUTIVE TO \_\_\_\_\_ CONCURRENT WITH (CHECK ONE) THE FOLLOWING:

\_\_\_\_\_ ANY ACTIVE SENTENCE BEING SERVED.

\_\_\_\_\_ SPECIFIC SENTENCES

BOOK 0381 PAGE 1301

CERTIFICATION ON LAST PAGE
STACY M. BUTTERFIELD
CLERK OF THE CIRCUIT COURT

PAGE _6_ OF _7_

FILED AND RECORDED
BOOK_____ PAGE_____
OCT 03 2007
RICHARD M. WEISS, CLERK
BY_____

REVISED 04/04

DISC-00240

 

**Defendant's Name:** ADAM LEE HOLLIS

**Case Number:** CF 00-01594A-XX

BOOK 0381 PAGE 1302

☐ **POLK COUNTY JAIL (NO PROBATION)**   ☒ **FLORIDA STATE PRISON**

In the event the above sentence is to the Department of Corrections, the Sheriff of Polk County, Florida, is hereby ordered and directed to deliver the defendant to the Department of Corrections, at the facility designated by the Department, together with a copy of this judgment and sentence and any other documents specified by Florida Statutes.

The defendant in open Court was advised of his/her right to appeal this sentence by filing a notice of appeal within thirty (30) days from this date, with the Clerk of this Court, and the defendant's right to the assistance of counsel in taking said appeal, at the expense of the State, upon showing of indigence.

In imposing the above sentence, the Court further recommends/orders:

ALL MONIES DUE IMPOSED AS LIENS.

COS WAIVED.

STATE OF FLORIDA, COUNTY OF POLK
This is to certify that the foregoing is a true and correct copy of the document now of record...
Official Seal on 11/20/18
this copy has been redacted, and if required by law, redacted.
STACY M. BUTTERFIELD, CLERK CIRCUIT COURT
BY _____ D.C.

**DONE AND ORDERED, IN OPEN COURT, AT BARTOW, POLK COUNTY, FLORIDA.**

OCTOBER 3, 2007
**DATE**

**CIRCUIT COUNTY JUDGE**
RANDALL G. MCDONALD

I certify that a copy of this order has been furnished to the State Attorney and the Defense Attorney, this _11_ day of Oct 2007.
RICHARD M. WEISS, Clerk of Courts
By _Avalea Sansom_
Deputy Clerk

Page __7__ of __7__ Pages

FILED AND RECORDED
BOOK_____ PAGE_____
OCT 03 2007
RICHARD M. WEISS, CLERK
BY_____

Revised 5/9/06

DISC-00241

RECEIVED
U.S. ATTORNEY'S OFF[...]

**DEC 0 3 2015**

MIDDLE DISTRICT OF
TAMPA

RECEIVED
STATE ATTORNEY 10TH
2015 NOV 23  AM 9:23

DISC-0024



**Stacy M. Butterfield**

*Clerk of the Circuit Court and County Comptroller*
*Polk County, Florida*

Drawer CC-18
Post Office Box 9000
Bartow, FL 33831-9000

(863)534-4401 Phone
(863)534-4416 Fax

www.polkcountyclerk.net

RECORDS CENTER

# Certificate of the Clerk of Circuit Court

11/20/2015

I, Stacy M. Butterfield, Clerk of the Circuit Court in and for Polk County, Florida, do hereby certify that a thorough search of the records of this office has been made of the Defendant, **ADAM LEE HOLLIS**, No record of Post Conviction Relief was found in the following case(s) **53-2000CF-001594-A0XX-XX.** \*\*\*\*

Stacy M. Butterfield
Clerk of the Circuit Court

By: _____
Colleen Jones, Deputy Clerk

(Clerk's Seal)



*The Mission of the Office of Clerk of the Circuit Court is to function as a team dedicated to our customers by preparing and maintaining accurate records, furnishing assistance in an understanding and compassionate manner, and providing services with competence, professionalism, and courtesy in compliance with laws, rules and regulations.*

DISC-00230